IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | CIVIL ACTION |
| Plaintiff, | Case No.: 2:18-139-JDL |
| v. | |
| MICHAEL A. LIBERTY; BRITTANY LIBERTY; PAUL HESS; RICHARD LIBERTY; GEORGE J. MARCUS; MOZIDO INVESCO, LLC; FAMILY MOBILE, LLC; BRTMDO, LLC BRENTWOOD FINANCIAL, LLC; and TL HOLDINGS GROUP, LLC | |
| Defendants, | |
| and | |
| XANADU PARTNERS, LLC | |
| Relief Defendant | |

## LIBERTY DEFENDANTS' SECOND STATUS REPORT

**COME NOW,** Defendants Michael A. Liberty, Mozido Invesco, LLC, Family Mobile, LLC, BRTMDO, LLC, Brentwood Financial, LLC, and TL Holdings Group, LLC (the "Liberty Defendants"), by and through their undersigned attorneys, and pursuant to the Court's August 8, 2019 *Order on Defendants' Fourth Motion to Stay Civil Proceedings* (ECF No. 73) and *General Order 2020-2*, hereby provide the following Status Report on the progress of the criminal case against Messrs. Liberty and Hess.

On February 27, 2020, the Court (Singal, J.) continued Mr. Liberty's criminal trial until October, 2020. *See Speedy Trial Order*, Docket No. 2:19-cr-00030-GZS, ECF No. 133. Jury

selection is presently scheduled for October 5, 2020, with trial commencing on October 13, 2020 and lasting until November 20, 2020.  *See Trial Scheduling Order & Report of Conference*, Docket No. 2:19-cr-00030-GZS, ECF No. 133.  The Court has informed the parties that the trial dates are firm and will not be continued.  That said, the impact, if any, of the recent public health crisis and the resulting suspension of all jury trials until further Order of the Court on the scheduling of Mr. Liberty's criminal trial remains unknown.

Dated at Portland, Maine this 30th day of April, 2020.

/s/   Thimi R. Mina
Thimi R. Mina

/s/   Jay P. McCloskey
Jay P. McCloskey

/s/   Alfred C. Frawley IV
Alfred C. Frawley IV

McCloskey, Mina, Cunniff & Frawley, LLC
12 City Center
Portland, Maine 04101
(207) 772-6805
(207) 879-9375
tmina@lawmmc.com
jmccloskey@lawmmc.com
afrawley@lawmmc.com

PRO HAC VICE:

/s/   Jay A. Dubow
Jay A. Dubow

/s/   Richard J. Zack
Richard J. Zack

/s/   Abigail A. Hazlett
Abigail A. Hazlett

/s/   Craig G. Steen
Craig G. Steen

-3-

>Pepper Hamilton LLP
>18th and Arch Streets, Two Logan Square
>Philadelphia, Pennsylvania 19103
>(215) 981-4000
>(215) 981-4750
>dubowj@pepperlaw.com
>zackr@pepperlaw.com
>hazletta@pepperlaw.com
>steenc@pepperlaw.com
>
>*Attorneys for Defendants Michael A. Liberty, Mozido Invesco, LLC, Family Mobile, LLC, BRTMDO, LLC, Brentwood Financial, LLC and TL Holdings Group, LLC*

-4-

## CERTIFICATE OF SERVICE

I, Alfred C. Frawley IV, hereby certify that on this April 30, 2020, I caused the foregoing **LIBERTY DEFENDANTS' SECOND STATUS REPORT** to be filed with the Court's CM/ECF system, which will send notification of this filing to all counsel of record.

Dated at Portland, Maine this 30TH Day of April, 2020.

/s/     Alfred C. Frawley IV
        Alfred C. Frawley IV

        McCloskey, Mina, Cunniff & Frawley, LLC
        12 City Center
        Portland, Maine 04101
        (207) 772-6805
        (207) 879-9375
        afrawley@lawmmc.com

        *Attorneys for Defendants Michael A. Liberty, Mozido Invesco, LLC, Family Mobile, LLC, BRTMDO, LLC, Brentwood Financial, LLC and TL Holdings Group, LLC*