# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : | |
| : | CIVIL ACTION |
| Plaintiff, : | |
| : | Case No.: 2:18-139-JDL |
| v. : | |
| : | |
| MICHAEL A. LIBERTY; BRITTANY LIBERTY; : | |
| PAUL HESS; RICHARD LIBERTY; : | |
| GEORGE J. MARCUS; : | |
| MOZIDO INVESCO, LLC; : | |
| FAMILY MOBILE, LLC; BRTMDO, LLC : | |
| BRENTWOOD FINANCIAL, LLC; and : | |
| TL HOLDINGS GROUP, LLC : | |
| : | |
| Defendants, : | |
| : | |
| and : | |
| : | |
| XANADU PARTNERS, LLC : | |
| : | |
| Relief Defendant : | |

## LIBERTY DEFENDANTS' THIRD STATUS REPORT

**COME NOW,** Defendants Michael A. Liberty, Mozido Invesco, LLC, Family Mobile, LLC, BRTMDO, LLC, Brentwood Financial, LLC, and TL Holdings Group, LLC (the "Liberty Defendants"), by and through their undersigned attorneys, and pursuant to the Court's August 8, 2019 *Order on Defendants' Fourth Motion to Stay Civil Proceedings* (ECF No. 73), hereby provide the following Status Report on the progress of the criminal case against Messrs. Liberty and Hess.

Due to the COVID-19 pandemic, on February 24, 2020 the Court (Singal, J.) continued Mr. Liberty's criminal trial until April, 2021. *See Speedy Trial Order*, Docket No. 2:19-cr-

00030-GZS, ECF No. 159. Jury selection is presently scheduled for April 5, 2021, with trial commencing on April 26, 2021 and lasting for five weeks. *See Amended Trial Scheduling Order*, Docket No. 2:19-cr-00030-GZS, ECF No. 161. The Court has informed the parties that the trial dates are firm and will not be continued. That said, the impact, if any, of the public health crisis on the trial schedule going forward remains unknown.

Dated at Portland, Maine this 3rd day of August, 2020.

/s/    Thimi R. Mina
       Thimi R. Mina

/s/    Jay P. McCloskey
       Jay P. McCloskey

/s/    Alfred C. Frawley IV
       Alfred C. Frawley IV

       McCloskey, Mina, Cunniff & Frawley, LLC
       12 City Center
       Portland, Maine 04101
       (207) 772-6805
       (207) 879-9375
       tmina@lawmmc.com
       jmccloskey@lawmmc.com
       afrawley@lawmmc.com

PRO HAC VICE:

/s/    Jay A. Dubow
       Jay A. Dubow

/s/    Richard J. Zack
       Richard J. Zack

/s/    Abigail A. Hazlett
       Abigail A. Hazlett

/s/    Craig G. Steen
       Craig G. Steen

       Pepper Hamilton LLP
       18th and Arch Streets, Two Logan Square

-3-

        Philadelphia, Pennsylvania 19103
        (215) 981-4000
        (215) 981-4750
        dubowj@pepperlaw.com
        zackr@pepperlaw.com
        hazletta@pepperlaw.com
        steenc@pepperlaw.com

*Attorneys for Defendants Michael A. Liberty, Mozido Invesco, LLC, Family Mobile, LLC, BRTMDO, LLC, Brentwood Financial, LLC and TL Holdings Group, LLC*

## CERTIFICATE OF SERVICE

I, Alfred C. Frawley IV, hereby certify that on this August 3, 2020, I caused the foregoing **LIBERTY DEFENDANTS' THIRD STATUS REPORT** to be filed with the Court's CM/ECF system, which will send notification of this filing to all counsel of record.

Dated at Portland, Maine this 3rd day of August, 2020.

/s/   Alfred C. Frawley IV
Alfred C. Frawley IV

McCloskey, Mina, Cunniff & Frawley, LLC
12 City Center
Portland, Maine 04101
(207) 772-6805
(207) 879-9375
afrawley@lawmmc.com

*Attorneys for Defendants Michael A. Liberty, Mozido Invesco, LLC, Family Mobile, LLC, BRTMDO, LLC, Brentwood Financial, LLC and TL Holdings Group, LLC*