# EXHIBIT 8

# MARCUS CLEGG IOLTA RECORD
# PRODUCED TO S.E.C.

**SEC vs. Liberty et. al./Tabulation of Investor Monies**
  **Paid into Marcus Clegg IOLTA Account By Investors**
   **and Monies Disbursed to Mozido From IOLTA Account After Initial Investment**

| Date | Amount Paid To IOLTA Account by Investors | Amount Disbursed From IOLTA Account to Mozido After Initial Investment |
|---|---|---|
| 09/14/12 | $50,000.00 | $115,000.00 |
| 09/17/12 | $250,000.00 | |
| 09/18/12 | $1,000,000.00 | |
| 09/18/12 | $1,000,000.00 | |
| 09/20/12 | $100,000.00 | |
| 09/25/12 | | $1,000,000.00 |
| 10/10/12 | | $100,000.00 |
| 10/15/12 | | $150,000.00 |
| 10/18/12 | | $150,000.00 |
| 10/19/12 | $499,975.00 | |
| 10/23/12 | $40,000.00 | |
| 10/27/12 | | $175,000.00 |
| 11/09/12 | $25,000.00 | |
| 11/13/12 | $117,500.00 | |
| 11/13/12 | | $170,000.00 |
| 11/14/20 | | $115,000.00 |
| 11/20/12 | $274,975.00 | |
| 11/27/12 | $100,000.00 | |
| 11/28/12 | | $425,000.00 |
| 11/30/12 | | $150,000.00 |
| 11/30/21 | $50,000.00 | |
| 11/30/12 | $74,975.00 | |
| 12/07/12 | | $125,000.00 |
| 12/11/12 | $100,000.00 | |
| 12/12/12 | | $305,000.00 |
| 12/12/12 | $325,000.00 | |
| 12/13/12 | $55,000.00 | |
| 12/19/12 | $99,975.00 | |
| 12/19/12 | | $125,000.00 |
| 12/21/12 | $150,000.00 | |
| 12/26/12 | | $175,000.00 |
| 12/27/12 | $200,000.00 | |
| 12/27/12 | | $200,000.00 |
| 12/28/12 | | $45,000.00 |
| 01/02/13 | $50,000.00 | |
| 01/03/13 | $121,744.63 | |
| 01/03/13 | $50,000.00 | |
| 01/04/13 | $49,500.00 | |
| 01/04/12 | | $250,000.00 |
| 01/04/13 | $99,975.00 | |
| 01/04/13 | $78,756.00 | |
| 01/08/13 | $24,980.00 | |
| 01/08/13 | $50,000.00 | |
| 01/14/03 | $50,000.00 | |
| 01/29/13 | $100,000.00 | |
| 01/31/13 | $100,000.00 | |
| 02/08/13 | $150,000.00 | |
| 2/8/2013 | $75,000.00 | |
| 02/12/13 | $50,000.00 | |
| 02/13/13 | $50,000.00 | |
| 02/14/13 | | $112,000.00 |
| 02/14/13 | $75,000.00 | |
| 03/05/13 | $99,975.00 | |
| 03/05/13 | $50,000.00 | |
| 03/05/13 | $250,000.00 | |
| 03/11/13 | $50,000.00 | |
| 03/13/12 | | $60,000.00 |
| 03/18/13 | $50,000.00 | |
| 03/19/13 | $25,000.00 | |
| 03/19/13 | $50,000.00 | |
| 03/19/13 | $35,000.00 | |
| 03/19/13 | $25,000.00 | |
| 03/01/13 | $400,000.00 | |
| 03/20/13 | $400,000.00 | |
| 03/26/13 | $25,000.00 | |
| 03/27/13 | $250,000.00 | |
| 03/27/13 | $250,000.00 | |
| 03/28/13 | | $250,000.00 |
| 04/04/13 | $100,000.00 | |
| 04/16/13 | | $150,000.00 |
| 04/18/13 | $74,475.00 | |
| 04/19/13 | $50,000.00 | |
| 04/23/13 | $50,000.00 | |
| 04/24/13 | $75,000.00 | |
| 04/24/13 | $100,000.00 | |
| 04/29/13 | $250,000.00 | |
| 05/06/13 | $40,000.00 | |
| 05/07/13 | $75,000.00 | |
| 05/06/13 | $30,000.00 | |
| 05/09/13 | $200,000.00 | |
| 05/10/13 | $50,000.00 | |
| 05/10/13 | | $750,000.00 |
| 05/16/13 | $210,000.00 | |
| 05/17/13 | $30,000.00 | |
| 05/17/13 | $99,982.00 | |
| 05/17/13 | $25,000.00 | |
| 05/20/13 | $50,000.00 | |
| 05/20/13 | $35,000.00 | |
| 05/20/13 | $45,000.00 | |
| 05/23/13 | $50,000.00 | |
| 05/23/13 | $50,000.00 | |
| 05/24/13 | $25,000.00 | |
| 05/29/13 | $500,000.00 | |
| 05/29/13 | $1,500,000.00 | |
| 5/29/2013 | $150,000.00 | |
| 05/29/13 | | $200,000.00 |
| 05/29/13 | $400,000.00 | |
| 05/29/13 | $150,000.00 | |
| 05/31/13 | | $578,196.89 |
| 06/04/13 | $100,000.00 | |
| 06/04/13 | $70,000.00 | |
| 06/06/13 | | $500,000.00 |
| 06/07/13 | $2,490.00 | |
| 06/10/13 | $50,000.00 | |
| 06/10/13 | $30,000.00 | |
| 06/11/13 | $100,000.00 | |
| 06/11/13 | $50,000.00 | |
| 06/11/13 | $30,000.00 | |
| 06/12/13 | | $496,819.35 |
| 06/14/13 | $50,000.00 | |
| 06/18/13 | $30,000.00 | |
| 6/19/2013 | $150,000.00 | |
| 6/19/2013 | $50,000.00 | |

| Date | Money Into IOLTA From Investors | Money Disbursed To Mozido |
|---|---|---|
| 6/20/2013 | $50,000.00 | |
| 6/24/2013 | $33,000.00 | |
| 6/25/2013 | $100,000.00 | |
| 6/25/2013 | $50,000.00 | |
| 6/26/2013 | | $500,000.00 |
| 6/27/2013 | $55,000.00 | |
| 6/28/2013 | $50,000.00 | |
| 7/5/2013 | $135,000.00 | |
| 7/8/2013 | $120,000.00 | |
| 7/9/2013 | $29,543.52 | |
| 7/9/2013 | $67,427.30 | |
| 7/10/2013 | | $200,000.00 |
| 7/12/2013 | $25,000.00 | |
| 7/19/2013 | $85,000.00 | |
| 7/19/2013 | | $250,000.00 |
| 7/23/2013 | $500,000.00 | |
| 7/23/2013 | $150,000.00 | |
| 7/24/2013 | $250,000.00 | |
| 7/25/2013 | $100,000.00 | |
| 7/29/2013 | $250,000.00 | |
| 7/29/2013 | $186,000.00 | |
| 7/29/2013 | $87,500.00 | |
| 7/30/2013 | | $250,000.00 |
| 7/30/2013 | $130,000.00 | |
| 7/30/2013 | $56,000.00 | |
| 7/30/2013 | $26,311.35 | |
| 7/30/2013 | $87,500.00 | |
| 7/31/2013 | $250,000.00 | |
| 8/1/2013 | $250,000.00 | |
| 8/5/2013 | $50,000.00 | |
| 8/6/2013 | | $50,000.00 |
| 8/6/2013 | $30,000.00 | |
| 8/7/2013 | $50,000.00 | |
| 8/7/2013 | $50,000.00 | |
| 8/8/2013 | $250,000.00 | |
| 8/9/2013 | $50,000.00 | |
| 8/9/2013 | $52,000.00 | |
| 8/12/2013 | $50,000.00 | |
| 8/12/2013 | $96,500.00 | |
| 8/12/2013 | $28,000.00 | |
| 8/12/2013 | $80,000.00 | |
| 8/12/2013 | $50,000.00 | |
| 8/13/2013 | | $375,000.00 |
| 8/13/2013 | $25,000.00 | |
| 8/14/2013 | $60,000.00 | |
| 8/15/2013 | | $100,000.00 |
| 8/15/2013 | $50,000.00 | |
| 8/15/2013 | $25,000.00 | |
| 8/15/2013 | $30,000.00 | |
| 8/16/2013 | $100,000.00 | |
| 8/16/2013 | $106,710.44 | |
| 8/16/2013 | | $50,000.00 |
| 8/22/2013 | $110,000.00 | |
| 8/23/2013 | $40,000.00 | |
| 8/26/2013 | $25,000.00 | |
| 8/26/2013 | $100,000.00 | |
| 8/26/2013 | $110,000.00 | |
| 8/26/2013 | $500,000.00 | |
| 8/26/2013 | $70,000.00 | |
| 10/11/2013 | | $722,000.00 |
| 10/15/2013 | | $50,000.00 |
| 10/21/2013 | | $100,000.00 |
| 10/23/2013 | | $100,000.00 |
| 10/29/2013 | | $5,000,000.00 |
| 11/5/2013 | | $250,000.00 |
| 11/13/2013 | | $230,000.00 |
| 11/15/2013 | | $300,000.00 |
| 10/28/2015 | | $500,000.00 |
| 11/24/2015 | | $275,000.00 |
| 12/11/2015 | | $1,000,000.00 |
| 12/14/2015 | | $1,000,000.00 |
| 12/18/2015 | | $102,240.00 |
| 1/14/2016 | | $1,100,000.00 |
| 1/22/2016 | | $56,320.37 |
| 2/1/2016 | | $180,000.00 |
| 5/13/2016 | | $1,200,000.00 |
| 5/27/2016 | | $600,000.00 |
| 6/27/2016 | | $1,200,000.00 |
| 8/29/2013 | $140,000.00 | |
| 9/12/2013 | $50,000.00 | |
| 9/12/2013 | $60,000.00 | |
| 9/12/2013 | $40,000.00 | |
| 9/13/2013 | $28,000.00 | |
| 9/18/2013 | $60,000.00 | |
| 9/20/2013 | $25,000.00 | |
| 9/20/2013 | $25,000.00 | |
| 9/20/2013 | $200,000.00 | |
| 9/20/2013 | $25,000.00 | |
| 9/23/2013 | $65,000.00 | |
| 9/24/2013 | $30,000.00 | |
| 9/25/2013 | $50,000.00 | |
| 10/7/2013 | $50,000.00 | |
| 10/8/2013 | $25,000.00 | |
| 10/15/2013 | $35,000.00 | |
| 10/18/2013 | $105,000.00 | |
| 10/18/2013 | $65,000.00 | |
| 10/22/2013 | $50,000.00 | |
| 10/31/2013 | $100,000.00 | |
| 11/6/2013 | $75,000.00 | |
| **Totals** | **$19,388,770.24** | **$22,612,576.61** |



# MARCUS | CLEGG
ATTORNEYS & COUNSELORS

January 12, 2017

GEORGE J. MARCUS
JENNIE L. CLEGG
LEE H. BALS
DANIEL L. ROSENTHAL
DAVID C. JOHNSON
ANDREW C. HELMAN
KATHERINE M. KRAKOWKA

*Of Counsel*
CLAUDIA D. RAESSLER
STEPHEN G. GRYGIEL

MYER M. MARCUS
*(1914-2015)*

ONE CANAL PLAZA, SUITE 600
PORTLAND, ME 04101 - 4035

T. 207.828.8000 / 800.806.9242
F. 207.773.3210 / 800.806.8676
FIRM@MARCUSCLEGG.COM

MARCUSCLEGG.COM

CONFIDENTIAL PURSUANT TO 17 C.F.R. §200.83
EXEMPT FROM FOIA

**VIA FEDERAL EXPRESS and E-MAIL**

ENF-CPU
U.S. Securities and Exchange Commission
100 F. Street, N.E.
Mailstop 5973
Washington, D.C. 20549-5973

Re:   In the Matter of Mozido (B-3044)
       Subpoena Issued to Marcus Clegg, P.A.

Dear Mr. Moores:

In connection with the subpoena issued to Marcus Clegg, P.A. ("Marcus Clegg"), dated December 15, 2016, in the above-referenced matter (hereinafter, the Subpoena), enclosed is a compact disc producing documents, Bates stamped Marcus Clegg 1 - 124. Documents in this production are responsive to one or more of the Subpoena Requests.

Marcus Clegg requests confidential treatment for the information contained in this letter and the referenced documents (the "Confidential Material"). The Confidential Material contains business and legal information concerning Marcus Clegg and its clients. The documents have been stamped, "Confidential Treatment Requested by Marcus Clegg—Exempt from FOIA." We hereby claim pursuant to 17 C.F.R. §200.83 that all materials provided to the Staff during the course of its investigation, as well as this transmittal letter are entitled to confidential treatment. Since these documents constitute investigatory records obtained by the Commission in connection with a potential law enforcement proceeding, such records are certainly subject, at least at present, to the exception

Rule 12(c) Motion 00270

U.S. Securities and Exchange Commission
January 12, 2017
Page 2

from mandatory disclosure under Exemption 7(A) of the Freedom of Information Act ("FOIA"), 5 U.S.C. §552(b)(7)(A)(1976). In addition, we believe Exemptions 4, 6, 7(B) and (C) of the FOIA, 5 U.S.C. §552(b)(4), (b)(6), (b)(7)(B) and (b)(7)(C) are also applicable to these documents, not to mention protections available to the Company under the Privacy Act of 1974, 5 U.S.C. §552(a). Disclosure is also prohibited under 18 U.S.C. §1905. The Confidential Material concerns the conduct of Marcus Clegg's business and is maintained in confidence by the Firm.

Accordingly, pursuant to 17 C.F.R. §200.83 and other applicable laws and regulations, these documents are submitted to the Commission with our request that they will be kept in a non-public file and that only a member of the Commission or its Staff will have access to them. Should the Commission receive any requests for these documents, pursuant to FOIA, or otherwise, the Company requests that it immediately be notified of such request, and be furnished a copy of all written materials pertaining to such requests (including but not limited to the request and any agency determination with respect to such request). We expect that we will be given an opportunity to object to such disclosure and, should the Commission be inclined to grant the request, it is our expectation that, in accordance with normal Commission practice and pursuant to the procedures required by Exec. Order 12,600, 52 Fed. Reg. 23, 781(1987), we will be given ten business days' advance notice of any such decision to enable our client to pursue any remedies that may be available to it. In such event, we request that you telephone the undersigned rather than rely upon the United States mail for such notice. If the Commission is not satisfied that the enclosed materials are exempt from disclosure pursuant to the FOIA, we stand ready to supply further particulars, and request a hearing on the claim of exemption.

The request set forth in the preceding paragraphs also apply to any memoranda, notes, transcripts or other writings of any sort whatsoever which are made by, or at the request of, any employee of the Commission (or any government agency) and which (1) incorporate, include or relate to any of the information described above provided to the Commission (or any other governmental agency); or (2) refer to any conference, meeting, telephone conversation or interview between (a) our client's current or former employees, representatives, agents, auditors or counsel, and (b) employees of the Commission (or any other government agency).

Further, in accordance with Rule 502 of the Federal Rules of Evidence, any inadvertent production of documents that are protected by the attorney-client privilege, attorney work product doctrine or any other applicable privilege or immunity, is not intended to be a waiver of such privileges. Therefore, we respectfully request that, if such an inadvertent production is made, the inadvertently produced documents are not used, and promptly deleted, by the Commission.

U.S. Securities and Exchange Commission
January 12, 2017
Page 3

    Finally, the documents and information contained therein remain the property of Marcus Clegg and its clients. Accordingly, we request that these documents (and all copies thereof) be returned to us after the Staff has completed its efforts on this matter. If you have any questions concerning this matter, please do not hesitate to call me.

                                              Sincerely,

                                              George J. Marcus

Enclosures

cc:     Freedom of Information Act Officer
        U.S. Securities and Exchange Commission
        100 F Street, N.E.
        Washington, DC  20549
        (without enclosures)

        Mr. Peter Bryan Moores, Esq.
        United States Securities and Exchange Commission
        Boston Regional Office
        33 Arch Street, 23rd Floor
        Boston, MA 02110
        (without enclosures)