IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | CIVIL ACTION |
| Plaintiff, | : | Case No.: 2:18-139-JDL |
| v. | : |  |
| MICHAEL A. LIBERTY; BRITTANY LIBERTY; PAUL HESS; RICHARD LIBERTY; GEORGE J. MARCUS; MOZIDO INVESCO, LLC; FAMILY MOBILE, LLC; BRTMDO, LLC BRENTWOOD FINANCIAL, LLC; and TL HOLDINGS GROUP, LLC | : |  |
| Defendants, | : |  |
| and | : |  |
| XANADU PARTNERS, LLC | : |  |
| Relief Defendant | : |  |

## LIBERTY DEFENDANTS' FOURTH STATUS REPORT

**COME NOW,** Defendants Michael A. Liberty, Mozido Invesco, LLC, Family Mobile, LLC, BRTMDO, LLC, Brentwood Financial, LLC, and TL Holdings Group, LLC (the "Liberty Defendants"), by and through their undersigned attorneys, and pursuant to the Court's August 8, 2019 *Order on Defendants' Fourth Motion to Stay Civil Proceedings* (ECF No. 73), hereby provide the following Status Report on the progress of the criminal case against Messrs. Liberty and Hess.

Due to the COVID-19 pandemic, on February 24, 2020 the Court (Singal, J.) continued Mr. Liberty's criminal trial until April, 2021.  *See Speedy Trial Order*, Docket No. 2:19-cr-

00030-GZS, ECF No. 159. Jury selection remains scheduled for April 5, 2021, with trial commencing on April 26, 2021 and lasting for five weeks. *See Amended Trial Scheduling Order*, Docket No. 2:19-cr-00030-GZS, ECF No. 161. The Court has informed the parties that the trial dates are firm and will not be continued. That said, the impact, if any, of the public health crisis on the trial schedule going forward remains unknown.

Dated at Portland, Maine this 3rd day of November, 2020.

/s/   Thimi R. Mina
Thimi R. Mina

/s/   Jay P. McCloskey
Jay P. McCloskey

/s/   Alfred C. Frawley IV
Alfred C. Frawley IV

McCloskey, Mina, Cunniff & Frawley, LLC
12 City Center
Portland, Maine 04101
(207) 772-6805
(207) 879-9375
tmina@lawmmc.com
jmccloskey@lawmmc.com
afrawley@lawmmc.com

PRO HAC VICE:

/s/   Jay A. Dubow
Jay A. Dubow

/s/   Richard J. Zack
Richard J. Zack

/s/   Abigail A. Hazlett
Abigail A. Hazlett

/s/   Craig G. Steen
Craig G. Steen

Pepper Hamilton LLP
18th and Arch Streets, Two Logan Square

-3-

        Philadelphia, Pennsylvania 19103
        (215) 981-4000
        (215) 981-4750
        dubowj@pepperlaw.com
        zackr@pepperlaw.com
        hazletta@pepperlaw.com
        steenc@pepperlaw.com

*Attorneys for Defendants Michael A. Liberty, Mozido Invesco, LLC, Family Mobile, LLC, BRTMDO, LLC, Brentwood Financial, LLC and TL Holdings Group, LLC*

## CERTIFICATE OF SERVICE

I, Alfred C. Frawley IV, hereby certify that on this November 3, 2020, I caused the foregoing **LIBERTY DEFENDANTS' FOURTH STATUS REPORT** to be filed with the Court's CM/ECF system, which will send notification of this filing to all counsel of record.

Dated at Portland, Maine this 3rd day of November, 2020.

/s/    Alfred C. Frawley IV
       Alfred C. Frawley IV

McCloskey, Mina, Cunniff & Frawley, LLC
12 City Center
Portland, Maine 04101
(207) 772-6805
(207) 879-9375
afrawley@lawmmc.com

*Attorneys for Defendants Michael A. Liberty, Mozido Invesco, LLC, Family Mobile, LLC, BRTMDO, LLC, Brentwood Financial, LLC and TL Holdings Group, LLC*