

**EXHIBIT 3**

```
        IOLTA                                    30
        MAINE BAR FOUNDATION                      0
        MARCUS CLEGG AND MISTRETTA P A            4
        ONE CANAL PLAZA STE 600
        PORTLAND ME   04101                          ACCOUNT:        0282

                                                       09/01/12 THRU 09/28/12

                                                                  PAGE   1

==============================================================================
                      IOLTA ACCOUNT        0282
==============================================================================
       DESCRIPTION              DEBITS       CREDITS       DATE       BALANCE

 BALANCE LAST STATEMENT ..............................   08/31/12    51,057.49
 TRANSFER TO INTERNAL DDA ACCOUNT        0690
                                170.81                   09/04/12    50,886.68
 Wire Out Fee                    25.00                   09/05/12    50,861.68
 Wire Out - XANADU PARTNERS LLC
                             20,000.00                   09/05/12    30,861.68
 Wire Out Fee                    25.00                   09/06/12    30,836.68
 Wire Out - BRAINTREE HILL VENTURES LLC
                             15,000.00                   09/06/12    15,836.68
 CHECK # 199                    392.00                   09/12/12    15,444.68
 DEPOSIT                                   250,000.00    09/13/12   265,444.68
 Wire In -           SCHROTBERGER           50,000.00    09/14/12   315,444.68
 Wire In -           TURNER
                                            50,000.00    09/14/12   365,444.68
 Wire In - TURNER
                                           250,000.00    09/14/12   615,444.68
 Wire In -           TURNER
                                           500,000.00    09/14/12  1115,444.68
 Wire In -           TURNER
                                           500,000.00    09/14/12  1615,444.68
                                          1300,000.00    09/14/12  2915,444.68
 Wire In Fee                     15.00                   09/14/12  2915,429.68
 Wire In Fee                     15.00                   09/14/12  2915,414.68
 Wire In Fee                     15.00                   09/14/12  2915,399.68
 Wire In Fee                     15.00                   09/14/12  2915,384.68
 Wire In Fee                     15.00                   09/14/12  2915,369.68
 Wire In Fee                     15.00                   09/14/12  2915,354.68
 Wire Out Fee                    25.00                   09/14/12  2915,329.68
 Wire Out Fee                    25.00                   09/14/12  2915,304.68
 Wire Out - BRENTWOOD INVESTMENTS LLC
                            100,000.00                   09/14/12  2815,304.68
 Wire Out - MOZIDO LLC      115,000.00                   09/14/12  2700,304.68
 Wire In -           TURNER
                                           250,000.00    09/17/12  2950,304.68
 Wire In Fee                     15.00                   09/17/12  2950,289.68
 Wire Out Fee                    25.00                   09/17/12  2950,264.68
 Wire Out Fee                    25.00                   09/17/12  2950,239.68
                    * * *  C O N T I N U E D  * * *
```

```
IOLTA                                    30
MAINE BAR FOUNDATION                      0
MARCUS CLEGG AND MISTRETTA P A            4
ONE CANAL PLAZA STE 600
PORTLAND ME   04101                                ACCOUNT:         0282

                                                   09/01/12 THRU 09/28/12

                                                              PAGE   2

========================================================================
                     IOLTA ACCOUNT         0282
========================================================================
         DESCRIPTION              DEBITS      CREDITS    DATE     BALANCE

Wire Out Fee                       25.00               09/17/12  2950,214.68
Wire Out Fee                       25.00               09/17/12  2950,189.68
Wire Out - BRENTWOOD INVESTMENTS LLC
                                100,000.00             09/17/12  2850,189.68
Wire Out - XANADU PARTNERS LLC
                                100,000.00             09/17/12  2750,189.68
Wire Out - AMERICAN HOUSING PRESERVATION CORP
                                300,000.00             09/17/12  2450,189.68
Wire Out - GEORGE DENNEY        570,153.62             09/17/12  1880,036.06
CHECK # 200                       3,000.00             09/17/12  1877,036.06
Wire In -         MARCOTTE OR              1000,000.00 09/18/12  2877,036.06
Wire In -         HEBOLD                   1000,000.00 09/18/12  3877,036.06
Wire In Fee                        15.00               09/18/12  3877,021.06
Wire In Fee                        15.00               09/18/12  3877,006.06
Wire Out Fee                       25.00               09/18/12  3876,981.06
Wire Out Fee                       25.00               09/18/12  3876,956.06
Wire Out Fee                       25.00               09/18/12  3876,931.06
Wire Out - BRAINTREE HILL VENTURES LLC
                                 25,000.00             09/18/12  3851,931.06
Wire Out - RAYMOND J BEDARD      30,000.00             09/18/12  3821,931.06
     2069 Online Transfer to CHECKING      2032 on
     9/18/12 at 12:45            31,425.00             09/18/12  3790,506.06
Wire Out - ROMANA PIER LLC      250,000.00             09/18/12  3540,506.06
Wire In -         LIMITED PARTNERSHIP       100,000.00 09/19/12  3640,506.06
CHECK # 202                      20,545.00             09/19/12  3619,961.06
Wire In Fee                        15.00               09/19/12  3619,946.06
Wire Out Fee                       25.00               09/19/12  3619,921.06
Wire Out Fee                       25.00               09/19/12  3619,896.06
Wire Out - PEPPER HAMILTON LLP
                                 61,284.10             09/19/12  3558,611.96
Wire Out - AMERICAN HOUSING PRESERVATION CORP
                                100,000.00             09/19/12  3458,611.96
DEPOSIT                                     13,677.20  09/21/12  3472,289.16
DEPOSIT                                     16,438.65  09/21/12  3488,727.81
Wire Out Fee                       25.00               09/21/12  3488,702.81
Wire Out - RICHARD MURPHY        40,000.00             09/21/12  3448,702.81
Wire Out Fee                       25.00               09/25/12  3448,677.81
Wire Out - MOZIDO LLC          1000,000.00             09/25/12  2448,677.81
                      * * * C O N T I N U E D * * *
```

```
IOLTA                                    30
MAINE BAR FOUNDATION                      0
MARCUS CLEGG AND MISTRETTA P A            4
ONE CANAL PLAZA STE 600
PORTLAND ME  04101
                                                    ACCOUNT:        0282

                                                    09/01/12 THRU 09/28/12

                                                                 PAGE   3
========================================================================
                         IOLTA ACCOUNT        0282
========================================================================
         DESCRIPTION            DEBITS       CREDITS    DATE      BALANCE

CHECK # 203                   10,078.11                09/27/12  2438,599.70
INTEREST                                    363.91     09/28/12  2438,963.61
BALANCE THIS STATEMENT .............................   09/28/12  2438,963.61

TOTAL CREDITS       (14)    5,280,479.76  AVG MIN BALANCE           15,444.68
TOTAL DEBITS        (46)    2,892,573.64  MINIMUM BALANCE            15,444.68
                                          AVG AVAILABLE BALANCE   1,581,268.89
                                          AVERAGE BALANCE         1,593,424.16

========================================================================
                         YOUR CHECKS SEQUENCED
========================================================================
DATE...CHECK #......AMOUNT DATE...CHECK #......AMOUNT DATE...CHECK #......AMOUNT

09/12    199     392.00  09/19    202    20,545.00
09/17    200*  3,000.00  09/27    203    10,078.11

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

                    - - - - - - - - I N T E R E S T - - - - - - - - -

AVERAGE LEDGER BALANCE:    1,593,424.16  INTEREST EARNED:              363.91
AVERAGE AVAILABLE BALANCE: 1,581,268.89  DAYS IN PERIOD:                   28
INTEREST PAID THIS PERIOD:      363.91   ANNUAL PERCENTAGE YIELD EARNED: .30%
INTEREST PAID 2012:           1,383.73

            - - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

****************************************************************************
*                                    |  TOTAL FOR    |    TOTAL            *
*                                    |  THIS PERIOD  |  YEAR TO DATE       *
*-------------------------------------------------------------------------- *
* TOTAL OVERDRAFT FEES:               |        .00    |        .00         *
*-------------------------------------------------------------------------- *
* TOTAL RETURNED ITEM FEES:           |        .00    |        .00         *
****************************************************************************
```

FOIA - CONFIDENTIAL                                              NB-SEC-00353