Microsoft Word Metadata for Transfer and Note Satisfaction Agreement [Beginning bates number In-Re-Mozido (B3004)_SEC_012_029932 & In-Re-Mozido (B3004)_SEC_012_029938]

**EXHIBIT 5**

## Properties ˅

| | |
|---|---|
| Size | 29.0KB |
| Pages | 3 |
| Words | 629 |
| Total Editing Time | 50 Minutes |
| Title | TRANSFER AND NOTE SATISF... |
| Tags | Add a tag |
| Comments | Add comments |
| Template | Normal |
| Status | Add text |
| Categories | Add a category |
| Subject | Specify the subject |
| Hyperlink Base | Add text |
| Company | Specify the company |

## Related Dates

| | |
|---|---|
| Last Modified | 8/27/2010 11:42 AM |
| Created | 8/27/2010 8:52 AM |
| Last Printed | |

## Related People

| | |
|---|---|
| Manager | Specify the manager |
| Author |  gmarcus |
| | Add an author |
| Last Modified By | Brittany Abbass |