

**EXHIBIT 25**

**To:** Rick Braddock[RBraddock@midoceanpartners.com]
**Cc:** libmmg@yahoo.com[libmmg@yahoo.com]
**From:** George Marcus
**Sent:** Mon 8/27/2012 3:22:32 PM
**Importance:** Normal
**Subject:** Mozido, LLC Cap Table.xlsx
Mozido, LLC Cap Table.xlsx

Rick, here is the spreadsheet which you and I discussed this morning, 95% complete. The only thing I have not done is to figure out the implicit Mozido valuation in a few of the financings. In all other respects, the spreadsheet contains the history and the information that you were looking for. It's a large spreadsheet, and it may be difficult to print out.

I thought I would send this version now, because it is nearly complete and it will give you the opportunity to review and suggest changes or additions.

I also need to calculate the percentage of funding by each of you and Mike.

Other than these open items, this spreadsheet tells the story of Mozido Capitalization from pre-Compucredit days to the present, and then it continues *pro forma* based on an expected $2.5mm round this fall at a pre-money value assumed to be $25 million.

Let me know if you have comments or corrections. Thx. Geo.

**Mozido, LLC**

| | Capitalization Pre August 27, 2010 | | Post Mobile Tech $2,500,000 Investment, August 27,2010 | | Effective Ownership in Mozido, LLC, post MTV $2,500,000 ($13mm pre-money valuation) | | Effective Ownership in Mozido, LLC Post MTV $2.5mm, Management Pool Grant | | Effective Ownership in Mozido, LLC Post $1.5mm January 2011 Funding | | Effective Ownership in Mozido, LLC Post $2mm August 2011 Funding | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Affinity Holding, LLC** | | **Affinity Holding, LLC** | | **Mozido, LLC** | | **Mozido, LLC** | | **Mozido, LLC** | | **Mozido, LLC** | |
| | # of Units | % of Units | # of Units | % of Units | # of Units | % of Units | # of Units | % of Units | # of Units | % of Units | # of Units | % of Units |
| Affinity Investors, Inc. ("AI") | 24,659,457 | 14.87% | 24,659,457 | 14.24% | 3,476,254 | 2.03% | 3,476,254 | 1.98% | 3,476,254 | 1.32% | 3,476,254 | 0.91% |
| Abdullah Al-Sabah | 933,695 | 0.56% | 933,695 | 0.54% | 131,623 | 0.08% | 131,623 | 0.08% | 131,623 | 0.05% | 131,623 | 0.03% |
| Al Fawares Holding Company KSC | 2,320,574 | 1.40% | 2,320,574 | 1.34% | 327,132 | 0.19% | 327,132 | 0.19% | 327,132 | 0.12% | 327,132 | 0.09% |
| Affinity Investors, Inc. Warrant | | | 7,448,999 | 4.30% | 1,050,089 | 0.61% | 1,050,089 | 0.60% | 1,050,089 | 0.40% | 1,050,089 | 0.28% |
| **Al Fawares Group Total** | **27,913,726** | **16.84%** | **35,362,725** | **20.41%** | **4,985,098** | **2.90%** | **4,985,098** | **2.84%** | **4,985,098** | **1.89%** | **4,985,098** | **1.31%** |
| Michael A. Liberty (5% Equity grant)* | 1,701,754 | 1.03% | 1,701,754 | 0.98% | 239,897 | 0.14% | 239,897 | 0.14% | 239,897 | 0.09% | 239,897 | 0.06% |
| Brentwood Investments (June 2009 funding $1.2 | 46,418,114 | 28.00% | | | | | | | | | | |
| Mozido Investments (Nov 2009 funding $1.2mm | 33,155,796 | 20.00% | | | | | | | | | | |
| Mozido Investments (Nov 2009 funding $0.4mm | 11,057,458 | 6.67% | | | | | | | | | | |
| Mozido Investments (August 2010 $2.5mm fund | 36,471,375 | 22.00% | | | | | | | | | | |
| Acquired Field Portion of Field Bridge | 2,320,574 | 1.40% | | | | | | | | | | |
| Acquired DigaComm Units | 681,031 | 0.41% | | | | | | | | | | |
| Mozido Investments, LLC ** | 130,104,348 | 78.48% | 106,901,272 | 61.71% | 15,069,918 | 8.78% | 15,069,918 | 8.59% | 15,069,918 | 5.72% | 15,069,918 | 3.95% |
| Family Mobile, LLC ($735k January 2011 Funding) **** | | | | | 0 | 0.00% | 0 | 0.00% | 43,274,636 | 16.41% | 43,274,636 | 11.35% |
| Family Mobile (Split of $2mm August 2011 Funding) | | | | | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 88,315,583 | 23.15% |
| Family Mobile (Split of $3mm Fall 2011 Funding) | | | | | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| Family Mobile (Split of addtl $5mm) | | | | | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| Mozido Investments Portion of Material Contracts Grant | | | | | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| Reduction of Family Mobile for Invesco | | | | | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| **Liberty Investor Group Total** | **131,806,102** | **79.51%** | **108,603,026** | **62.69%** | **15,309,815** | **8.92%** | **15,309,815** | **8.73%** | **58,584,451** | **22.22%** | **146,900,034** | **38.51%** |
| Mobile Tech ($2.5mm Investment Mozido, LLC) | | | | | 147,192,639 | 85.77% | 147,192,639 | 83.94% | 147,192,639 | 55.83% | 147,192,639 | 38.59% |
| Mobile Tech ($1.5mm Investment Mozido Investments, LLC) | | | 23,203,076 | 13.39% | 3,270,947 | 1.91% | 3,270,947 | 1.87% | 3,270,947 | 1.24% | 3,270,947 | 0.86% |
| Mobile Tech ($765k January 2011 Funding) **** | | | | | 0 | 0.00% | 0 | 0.00% | 45,040,947 | 17.08% | 45,040,947 | 11.81% |
| Mobile Tech (Split of $2mm August 2011 Funding) | | | | | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 29,438,528 | 7.72% |
| **Mobile Tech Total** | **0** | **0.00%** | **23,203,076** | **13.39%** | **150,463,586** | **87.68%** | **150,463,586** | **85.81%** | **195,504,534** | **74.15%** | **224,943,062** | **58.98%** |
| **Mobile Media Group Total** | **6,059,150** | **3.65%** | **6,059,150** | **3.50%** | **854,161** | **0.50%** | **854,161** | **0.49%** | **854,161** | **0.32%** | **854,161** | **0.22%** |
| **Management Pool Total** | | | | | | | **3,733,241** | **2.13%** | **3,733,241** | **1.42%** | **3,733,241** | **0.98%** |
| **Overall Total (Pre Summer 2012 $7.5mm)** | **165,778,978** | **100.00%** | **173,227,977** | **100.00%** | **171,612,661** | **100.00%** | **175,345,902** | **100.00%** | **263,661,485** | **100.00%** | **381,415,596** | **100.00%** |

**Invesco Investors (Class B)**

**R. Selander ($250K)**

**R. Duques ($250K)**

**Lakewood ($100K)**

**E. Merram ($100K)**

**Mobile Money Partners ($5.0MM)**

**Mobile Money Partners ($1.8MM)**

**New Investor $2.5mm Fall 2012**

**Overall Total (Post Summer 2012 Financing)**

| Effective Ownership in Mozido, LLC Post $3mm Fall 2011 Funding | | Effective Ownership in Mozido, LLC Post Feb. 2012 $5.0 mm | | Effective Ownership in Mozido Post Summer 2012 $7.5mm ($17,500,000 pre money valuation) | | *ProForma* Effective Ownership in Mozido Post Fall $2.5mm ($25,000,000 premoney valuation) | |
|---|---|---|---|---|---|---|---|
| **Mozido, LLC** | | **Mozido, LLC** | | **Mozido, LLC** | | **Mozido, LLC** | |
| # of Units | % of Units | # of Units | % of Units | # of Units | % of Units | # of Units | % of Units |
| 3,476,254 | | 3,476,254 | | | | | |
| 131,623 | | 131,623 | | | | | |
| 327,132 | | 327,132 | | | | | |
| 1,050,089 | | 1,050,089 | | | | | |
| **4,985,098** | **0.77%** | **4,985,098** | **0.53%** | **4,985,098** | **0.37%** | **4,985,098** | **0.34%** |
| 239,897 | 0.04% | 239,897 | 0.03% | 239,897 | **0.02%** | 239,897 | **0.02%** |
| 15,069,918 | 2.32% | 15,069,918 | 1.60% | 15,069,918 | **1.12%** | 15,069,918 | **1.02%** |
| 43,274,636 | | 43,274,636 | | 43,274,636 | | 43,274,636 | |
| 88,315,583 | | 88,315,583 | | 88,315,583 | | 88,315,583 | |
| 176,631,167 | | 176,631,167 | | 176,631,167 | | 176,631,167 | |
| 0 | 0.00% | 294,385,278 | | 294,385,278 | | 294,385,278 | |
| 0 | 0.00% | 0 | | 602,606,664 | | 602,606,664 | |
| 0 | 0.00% | 0 | | 116,996,632 | | 116,996,632 | |
| **323,531,200** | **49.87%** | **617,916,478** | **65.52%** | **500,679,950** | **37.18%** | **500,679,950** | **33.84%** |
| 147,192,639 | | 147,192,639 | | 147,192,639 | | | |
| 3,270,947 | | 3,270,947 | | 3,270,947 | | | |
| 45,040,947 | | 45,040,947 | | 45,040,947 | | | |
| 29,438,528 | | 29,438,528 | | 29,438,528 | | | |
| **224,943,062** | **34.67%** | **224,943,062** | **23.85%** | 224,943,061 | **16.71%** | 224,943,061 | **15.20%** |
| **854,161** | **0.13%** | **854,161** | **0.09%** | 854,161 | **0.06%** | 854,161 | **0.06%** |
| **94,420,588** | **14.55%** | **94,420,588** | **10.01%** | 94,420,588 | **7.01%** | 94,420,588 | **6.38%** |
| **648,734,109** | **100.00%** | **943,119,387** | **100.00%** | | | | |
| | | | | 116,996,632 | **8.69%** | 116,996,632 | **7.91%** |
| | | | | 13,449,522 | **1.00%** | 13,449,522 | **0.91%** |
| | | | | 13,449,522 | **1.00%** | 13,449,522 | **0.91%** |
| | | | | 5,379,809 | **0.40%** | 5,379,809 | **0.36%** |
| | | | | 5,379,909 | **0.40%** | 5,379,909 | **0.36%** |
| | | | | 268,990,443 | **19.98%** | 268,990,443 | **18.18%** |
| | | | | 96,936,560 | **7.20%** | 96,936,560 | **6.55%** |
| | | | | | | 133,166,893 | **9.00%** |
| | | | | **1,346,465,255** | **100.00%** | **1,479,632,148** | **100.00%** |