

**EXHIBIT 27**

Message

| | |
|---|---|
| **From**: | Joe Bedard [joe.bedard@mozido.com] |
| **Sent**: | 12/12/2012 3:02:36 PM |
| **To**: | lynnia29@hotmail.com |
| **CC**: | Michael Liberty [michael.liberty@mozido.com]; George Marcus [gjm@mcm-law.com] |
| **BCC**: | Rick Liberty [rliberty@gmail.com] |
| **Subject**: | Mozido - Brentwood Investments Documents |
| **Attachments**: | Guaranty of Michael Liberty_Cohen.docx; Note Purchase Agreement Cohen.docx; Convertible Note Cohen.docx |

Ms. Cohen,

Per Bob Turner please find attached the Brentwood Investments documents for your investment with Mozido.

Also, below please find the address to fedex the documents to as well as the wiring instructions.

I have cc'd Michael Liberty and Mozido's Attorney George Marcus to this email so you have his email address for any questions you may have.

Best regards,

Joe Bedard
VP Business Development
Mozido, LLC
207-831-0393

Address for documents:

**Marcus, Clegg & Mistretta, P.A.**
ATTN: George Marcus
One Canal Plaza, Suite 600
Portland, ME 04101
**Phone**:
(207) 828-8000
**Fax**:
(207) 773-3210

Wire Transfer Instructions:

Marcus, Clegg & Mistretta IOLTA Trust Account
One Canal Plaza
Suite 600
Portland, ME 04101-4035

Account: 2096000282
Routing: 211274557
Bank : Northeast Bank
Attn: Greg Gagne
77 Middle Street

CONFIDENTIAL TREATMENT REQUESTED

MOZ 048861

Portland, ME 04101

CONFIDENTIAL TREATMENT REQUESTED

MOZ 048862