

**From:** Britt Napier
**Sent:** Monday, April 25, 2016 3:41 PM
**To:** Brooke Libby; Dave Erb; George Marcus
**Subject:** Re: updated spreadsheet

Brooke, we can also update to calculate for the rest of the Brentwood Financial noteholders (Moz Partners, Negrotti, Turner) at .062 conversion rate. Please update your spreadsheet for those note holders which should complete everything and forward me a copy when you can. I appreciate it. Thank you!

Britt

---

**From:** Brooke Libby <blibby@berrydunn.com>
**To:** Britt Napier <britt_napier@yahoo.com>; Dave Erb <derb@berrydunn.com>; George Marcus <gjm@mcm-law.com>
**Sent:** Monday, April 25, 2016 3:28 PM
**Subject:** RE: updated spreadsheet

Ok thanks Britt. We will save this updated version in our files and update our copy of the Brentwood Financial spreadsheet accordingly.

Thanks,
Brooke

**Brooke Libby, CPA** | Tax Manager
100 Middle Street | PO Box 1100 | Portland, ME 04104
**d/f:** 207.541.2292 | www.berrydunn.com



**From:** Britt Napier [mailto:britt_napier@yahoo.com]
**Sent:** Monday, April 25, 2016 3:23 PM
**To:** Dave Erb <derb@berrydunn.com>; George Marcus <gjm@mcm-law.com>; Brooke Libby <blibby@berrydunn.com>
**Subject:** updated spreadsheet

Dave/Brooke,
George and I just realized the formula for figuring out the number of conversion units should have been dividing the conversion price instead of multiplying. I have updated it so the number of units should now be correct and will show a much larger number of units. Please let me know if you have questions. I will do the same with Brentwood Financial. Thank you!!

Britt