**EXHIBIT 48**

**From:** Dave Erb
**Sent:** Thursday, April 28, 2016 10:10 AM
**To:** George Marcus (GJM@mcm-law.com); britt_napier@yahoo.com
**Subject:** FW: Brentwood Investments Note Conversion to MDO, LLC (formerly known as Mozido, LLC) Preferred Units
**Attachments:** Scanned from a Xerox multifunction device.pdf

Hi George and Britt:

We will forward these to you as we receive them.

David A. Erb, CPA MST | Tax Principal
**d/f:** 207.541.2255 | **c:** 207.329.9989
berrydunn.com



---

**From:** Dave MacIntyre [mailto:davem@pcymca.ca]
**Sent:** Thursday, April 28, 2016 9:56 AM
**To:** Mayson Picard <MPicard@berrydunn.com>
**Cc:** Dave MacIntyre <davem@pcymca.ca>
**Subject:** RE: Brentwood Investments Note Conversion to MDO, LLC (formerly known as Mozido, LLC) Preferred Units

Hi, please find attached the signed notice of conversion. Please let me know you received this and if there is anything else needed from my end.

Regards,

Dave MacIntyre
Chief Executive Officer
YMCA of Pictou County
2756 Westville Rd.
RR#3 New Glasgow, N.S. B2H 5C6
(902) 752-0202
davem@pcymca.ca
"We build strong kids, strong families, strong communities"
www.pcymca.ca

---

**From:** Mayson Picard [mailto:MPicard@berrydunn.com]
**Sent:** April-27-16 5:19 PM
**To:** Dave MacIntyre
**Subject:** Brentwood Investments Note Conversion to MDO, LLC (formerly known as Mozido, LLC) Preferred Units

Dear Roderick David MacIntyre:

This letter is addressed to all holders of Convertible Promissory Notes (the "Notes") of Brentwood Investments, LLC ("Brentwood").

Brentwood, as issuer of the Notes under the Note Purchase Agreement related to the Notes, has asked us to provide this notice to all Noteholders of record.   This notice we are providing in response to Brentwood's request is based on such records as Brentwood has provided to us.  Brentwood has informed us that the Notes may be converted into Preferred Units of MDO, LLC (formerly known as Mozido, LLC). Brentwood has further informed us that many holders of the Notes ("Noteholders") have asked about converting their Notes into MDO Preferred Units.

Brentwood has asked us to provide notice, by e-mail, to each Noteholder regarding that Noteholder's conversion rights.  As required by Brentwood, therefore, we are sending each Noteholder an email similar to this one with conversion information.  Brentwood advises that under the terms of the Notes each Noteholder may convert all or a portion of the principal and accrued interest on his or her Note at any time until maturity into MDO Preferred Units, and that each Noteholder may designate more than one individual holder of the MDO Preferred Units issued upon conversion. Brentwood has provided the attached Notice of Conversion.

Please note that this correspondence is intended solely to forward the Notice of Conversion provided by Brentwood and to communicate the total amount of principal and interest related to the Convertible Promissory Notes available for conversion into Preferred Units of MDO, LLC. Pursuant to directions from the Issuer, we have been engaged to distribute these notices, to receive replies on behalf of Brentwood and to administer the process for exchanging the Notes. This correspondence is not advice regarding the conversion. Neither we nor Brentwood make any recommendation and offer no opinion regarding the terms or value of the Notes, the terms or value of the MDO Preferred Units, or the advisability of converting the Notes. Brentwood has told us that the terms of conversion and the terms of the Preferred Units have previously been disclosed to all Noteholders. We refer each Noteholder to the Note Purchase Agreement. We have undertaken no review and undertake no obligation to update the information previously provided. We recommend each Noteholder contact that Noteholder's professional advisors for any advice with respect to whether or not to proceed with conversion.

Set forth below are the principal amount of your Note, the accrued interest through April 27, 2016, and the maturity date of your Note. The principal amount of your Note indicated below is based on internal records maintained by Brentwood as provided to us and has not been verified by our Firm. The actual amount of interest available for conversion will be calculated based on the Note terms through the date that the attached Notice of Conversion is completed and sent by pdf attachment to an e-mail. If you choose to convert, please e-mail your Notice of Conversion to mpicard@berrydunn.com *and promptly return your original Note (or signed affidavit that the original Note has been lost)* to:

Brentwood Investments, LLC
c/o BerryDunn
100 Middle Street
Portland, ME 04104

If you elect to convert less than all of your principal and accrued interest, Brentwood will send you a new Note reflecting your new Principal amount.

Principal: $25,000.
Accrued Interest through April 27, 2016: $2,888.89
Maturity Date: 6/7/2016

The information contained in this e-mail correspondence and attachment should not be used in any actual transaction without the advice and guidance of a professional tax adviser who is familiar with all the relevant facts. Each Noteholder should consult with that Noteholder's tax adviser for more information and guidance regarding this conversion.

Please contact us if you have any questions regarding the information included in this e-mail.

Sincerely,

Mayson Picard, BerryDunn
David A Erb, BerryDunn
207-775-2387

SEC-BD-E-0181146