

**From:** Brooke Libby
**Sent:** Thursday, May 26, 2016 9:49 AM
**To:** Britt Napier
**CC:** Dave Erb; George Marcus
**Subject:** RE: Stephen Negrotti update
**Attachments:** Brentwood Investments.xlsx; Brentwood Financial.xlsx

Good Morning Britt – Please see the attached spreadsheets.

- On the Brentwood Financial spreadsheet, the Negrotti conversion rate was already .062, so we have not changed anything on that spreadsheet.
- On Brentwood Investments, we added a column for the .0130/unit conversion rate for the Negrotti $75k loan.

Can you confirm that nothing should have changed on Brentwood Financial and that the change is correct on Brentwood Investments. We will work on updating the conversion paperwork and send that to dturner@lgicos.com once we have confirmed the edits are correct.

Thanks,
Brooke

**Brooke Libby, CPA** | Tax Manager
100 Middle Street | PO Box 1100 | Portland, ME 04104
**d/f:** 207.541.2292 | www.berrydunn.com



---

**From:** Britt Napier [mailto:britt_napier@yahoo.com]
**Sent:** Wednesday, May 25, 2016 5:11 PM
**To:** Brooke Libby <blibby@berrydunn.com>
**Cc:** Dave Erb <derb@berrydunn.com>; George Marcus <gjm@mcm-law.com>
**Subject:** Stephen Negrotti update

Hi Brooke, I need to update Stephen Negrotti's conversion rate on the spreadsheets. His first 25k on Brentwood Financial had a conversion rate of .062, the 2nd amount of 75k with Brentwood Investments has a conversion rate of .0130/unit. Please update it on the spreadsheets and have Mayson Picard send the updated corresponding conversion paperwork to dturner@lgicos.com. Thank you.

Britt



Brentwood Financial, LLC
Transaction Detail by Account — **BerryDunn Comments in RED**
All Transactions — **Conversion Date 4/27/2016**

**Interest per Day** 0.01111%  0.01389%
**Annual Interest Rate** 4.000%  5.000%

| Type | Date | Name | Memo | Amount | Balance | Days Outstanding | Accrued Interest @ 4% | Accrued Interest @ 5% | Interest 4% per annum, 360 day year, simple interest, 12-30 day months | Interest 5% per annum, 360 day year, simple interest, 12-30 day months | Total Principal plus interest | Conversion Per Unit Price = .049/unit | Conversion Per Unit Price = .062/unit | Mozido Valuation at tme of note 100,000,000 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Loan from | | | | | | | | | | | | | 0.049 | 0.062 |
| General Journal | 03/19/13 | | | 25,000.00 | 25,000.00 | 1,118 | 3,105.56 | | | | | | | |
| Total Loan from | | | | 25,000.00 | 25,000.00 | | 3,105.56 | | 3,105.56 | | 28,105.56 | | 453,316.00 | |
| Loan from | | | | | | | | | | | | | | |
| General Journal | 09/13/12 | | | 250,000.00 | 250,000.00 | 1,304 | 36,222.22 | | | | | | | |
| Total Loan from | | | | 250,000.00 | 250,000.00 | | 36,222.22 | | 36,222.22 | | 286,222.22 | | 4,616,488.00 | |
| Loan from | | | | | | | | | | | | | | |
| General Journal | 09/17/12 | | | 50,000.00 | 50,000.00 | 1,300 | 7,222.22 | | | | | | | |
| General Journal | 09/17/12 | | | 1,300,000.00 | 1,350,000.00 | 1,300 | 187,777.78 | | | | | | | |
| General Journal | 03/19/13 | | | 50,000.00 | 1,400,000.00 | 1,118 | 6,211.11 | | | | | | | |
| General Journal | 08/16/13 | | | 400,000.00 | 1,800,000.00 | 971 | 43,155.56 | | | | | | | |
| Total Loan from | | | | 1,800,000.00 | 1,800,000.00 | | 244,366.67 | | 244,366.67 | | 2,044,366.67 | | 32,973,656.00 | |
| Loan from | | | | | | | | | | | | | | |
| General Journal | 09/14/12 | | | 50,000.00 | 50,000.00 | 1,303 | 7,238.89 | | | | | | | |
| General Journal | 09/17/12 | | | 250,000.00 | 300,000.00 | 1,300 | 36,111.11 | | | | | | | |
| General Journal | 09/17/12 | | | 250,000.00 | 550,000.00 | 1,300 | 36,111.11 | | | | | | | |
| General Journal | 09/17/12 | | | 500,000.00 | 1,050,000.00 | 1,300 | 72,222.22 | | | | | | | |
| General Journal | 12/11/12 | | | 100,000.00 | 1,150,000.00 | 1,216 | 13,511.11 | | | | | | | |
| General Journal | 12/21/12 | | | 150,000.00 | 1,300,000.00 | 1,206 | 20,100.00 | | | | | | | |
| General Journal | 03/18/13 | | | 150,000.00 | 1,450,000.00 | 1,119 | 18,650.00 | | | | | | | |
| General Journal | 03/19/13 | | | 25,000.00 | 1,475,000.00 | 1,118 | 3,105.56 | | | | | | | |
| Total Loan from | | | | 1,475,000.00 | 1,475,000.00 | | 207,050.00 | | 207,050.00 | | 1,682,050.00 | | 27,129,839.00 | |
| Loan from | | | | | | | | | | | | | | |
| General Journal | 09/17/12 | | | 500,000.00 | 500,000.00 | 1,300 | 72,222.22 | | | | | | | |
| Total Loan from | | | | 500,000.00 | 500,000.00 | | 72,222.22 | | 72,222.22 | | 572,222.22 | | 9,229,391.00 | |
| Loan from | | | | | | | | | | | | | | |
| General Journal | 09/18/12 | | | 1,000,000.00 | 1,000,000.00 | 1,299 | 144,333.33 | | | | | | | |
| General Journal | 03/27/13 | | | 250,000.00 | 1,250,000.00 | 1,110 | 30,833.33 | | | | | | | |
| General Journal | 11/07/13 | | | 50,000.00 | 1,300,000.00 | 890 | 4,944.44 | | | | | | | |
| Total Loan from | | | | 1,300,000.00 | 1,300,000.00 | | 180,111.11 | | 180,111.11 | | 1,480,111.11 | 30,206,350.00 | |
| Loan from | | | | | | | | | | | | | | |
| General Journal | 09/18/12 | | | 1,000,000.00 | 1,000,000.00 | 1,299 | 144,333.33 | | | | | | | |
| General Journal | 03/27/13 | | | 250,000.00 | 1,250,000.00 | 1,110 | 30,833.33 | | | | | | | |
| General Journal | 11/07/13 | | | 50,000.00 | 1,300,000.00 | 890 | 4,944.44 | | | | | | | |
| Total Loan from | | | | 1,300,000.00 | 1,300,000.00 | | 180,111.11 | | 180,111.11 | | 1,480,111.11 | 30,206,350.00 | |
| TOTAL | | | | 6,650,000.00 | 6,650,000.00 | | | | | | | | | |



| | | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 71 | | Deposit | | 08/07/13 | | 50,000.00 | 50,000.00 | 980 | 5,444.44 | | | | | - | | | |
| 72 | | Total Loan from | | | | 50,000.00 | 50,000.00 | | 5,444.44 | | 5,444.44 | | 55,444.44 | 894,266.00 | | | x |
| 73 | | Loan from | | | | | | | | | | | | | | | |
| 74 | | Deposit | | 01/03/13 | | 121,744.00 | 121,744.00 | 1,194 | 16,151.37 | | | | | - | | | |
| 75 | | Deposit | | 01/03/13 | | 50,000.00 | 171,744.00 | 1,194 | 6,633.33 | | | | | - | | | |
| 76 | | Deposit | | 01/04/13 | | 49,500.00 | 221,244.00 | 1,193 | 6,561.50 | | | | | - | | | |
| 77 | | Deposit | | 01/04/13 | | 78,756.00 | 300,000.00 | 1,193 | 10,439.55 | | | | | - | | | |
| 78 | | Deposit | | 10/15/13 | | 65,000.00 | 365,000.00 | 912 | 6,586.67 | | | | | - | | | |
| 79 | | Deposit | | 10/15/13 | | 35,000.00 | 400,000.00 | 912 | 3,546.67 | | | | | - | | | |
| 80 | | Total Loan from | | | | 400,000.00 | 400,000.00 | | 49,919.08 | | 49,919.08 | | 449,919.08 | 7,256,760.00 | | | x |
| 81 | | Loan from | | | | | | | | | | | | | | | |
| 82 | | Deposit | | 01/31/13 | | 100,000.00 | 100,000.00 | 1,167 | 12,966.67 | | | | | - | | | |
| 83 | | Total Loan from | | | | 100,000.00 | 100,000.00 | | 12,966.67 | | 12,966.67 | | 112,966.67 | 1,822,044.00 | | | x |
| 84 | | Loan from | | | | | | | | | | | | | | | |
| 85 | | Deposit | | 06/24/13 | | 33,000.00 | 33,000.00 | 1,023 | 3,751.00 | | | | | - | | | |
| 86 | | Total Loan from | | | | 33,000.00 | 33,000.00 | | 3,751.00 | | 3,751.00 | | 36,751.00 | 592,759.00 | | | x |
| 87 | | Loan from | | | | | | | | | | | | | | | |
| 88 | | Deposit | | 06/10/13 | | 50,000.00 | 50,000.00 | 1,037 | 5,761.11 | | | | | - | | | |
| 89 | | Total Loan from | | | | 50,000.00 | 50,000.00 | | 5,761.11 | | 5,761.11 | | 55,761.11 | 899,373.00 | | | x |
| 90 | | Loan from | | | | | | | | | | | | | | | |
| 91 | | Deposit | | 08/07/13 | | 50,000.00 | 50,000.00 | 980 | 5,444.44 | | | | | - | | | |
| 92 | | Total Loan from | | | | 50,000.00 | 50,000.00 | | 5,444.44 | | 5,444.44 | | 55,444.44 | 894,266.00 | | | x |
| 93 | | Loan from | | | | | | | | | | | | | | | |
| 94 | | Deposit | | 08/09/13 | | 50,000.00 | 50,000.00 | 978 | 5,433.33 | | | | | - | | | |
| 95 | | Total Loan from | | | | 50,000.00 | 50,000.00 | | 5,433.33 | | 5,433.33 | | 55,433.33 | 894,087.00 | | | x |
| 96 | | Loan from | | | | | | | | | | | | | | | |
| 97 | | Deposit | | 01/08/13 | | 50,000.00 | 50,000.00 | 1,189 | 6,605.56 | | | | | - | | | |
| 98 | | Deposit | | 10/07/13 | | 50,000.00 | 100,000.00 | 920 | 5,111.11 | | | | | - | | | |
| 99 | | Deposit | | 10/18/13 | | 105,000.00 | 205,000.00 | 909 | 10,605.00 | | | | | - | | | |
| 100 | | Total Loan | | | | 205,000.00 | 205,000.00 | | 22,321.67 | | 22,321.67 | | 227,321.67 | 3,666,479.00 | | | x |
| 101 | | Loan from | | | | | | | | | | | | | | | |
| 102 | | Deposit | | 04/23/13 | | 50,000.00 | 50,000.00 | 1,084 | 6,022.22 | | | | | - | | | |
| 103 | | Total Loan from | | | | 50,000.00 | 50,000.00 | | 6,022.22 | | 6,022.22 | | 56,022.22 | 903,585.00 | | | x |
| 104 | | Loan from | | | | | | | | | | | | | | | |
| 105 | | Deposit | | 07/30/13 | | 56,000.00 | 56,000.00 | 987 | 6,141.33 | | | | | - | | | |
| 106 | | Total Loan from | | | | 56,000.00 | 56,000.00 | | 6,141.33 | | 6,141.33 | | 62,141.33 | 1,002,280.00 | | | x |
| 107 | | Loan from | | | | | | | | | | | | | | | |
| 108 | | Deposit | | 08/08/13 | | 25,000.00 | 25,000.00 | 979 | 2,719.44 | | | | | - | | | |
| 109 | | Total Loan from | | | | 25,000.00 | 25,000.00 | | 2,719.44 | | 2,719.44 | | 27,719.44 | 447,088.00 | | | x |
| 110 | | Loan from | | | | | | | | | | | | | | | |
| 111 | | Deposit | | 05/16/13 | | 25,000.00 | 25,000.00 | 1,061 | 2,947.22 | | | | | - | | | |
| 112 | | Total Loan from | | | | 25,000.00 | 25,000.00 | | 2,947.22 | | 2,947.22 | | 27,947.22 | 450,762.00 | | | x |
| 113 | | Loan from | | | | | | | | | | | | | | | |
| 114 | | Deposit | | 08/30/13 | | 230,000.00 | 230,000.00 | 957 | 24,456.67 | | | | | - | | | |
| 115 | | Total Loan from | | | | 230,000.00 | 230,000.00 | | 24,456.67 | | 24,456.67 | | 254,456.67 | 4,104,140.00 | | | x |
| 116 | | Loan from | | | | | | | | | | | | | | | |
| 117 | | Deposit | | 10/23/12 | | 40,000.00 | 40,000.00 | 1,264 | 5,617.78 | | | | | - | | | |
| 118 | | Deposit | | 05/20/13 | | 45,000.00 | 85,000.00 | 1,057 | 5,285.00 | | | | | - | | | |
| 119 | | Deposit | | 08/12/13 | | 96,500.00 | 181,500.00 | 975 | 10,454.17 | | | | | - | | | |
| 120 | | Deposit | | 08/12/13 | | 50,000.00 | 231,500.00 | 975 | 5,416.67 | | | | | - | | | |
| 121 | | Deposit | | 08/30/13 | | 45,000.00 | 276,500.00 | 957 | 4,785.00 | | | | | - | | | |
| 122 | | Deposit | | 09/12/13 | | 11,500.00 | 288,000.00 | 945 | 1,207.50 | | | | | - | | | |
| 123 | | Deposit | | 09/20/13 | | 14,500.00 | 302,500.00 | 937 | 1,509.61 | | | | | - | | | |
| 124 | | Deposit | | 11/01/13 | | 50,000.00 | 352,500.00 | 896 | 4,977.78 | | | | | - | | | |
| 125 | | Total Loan from | | | | 352,500.00 | 352,500.00 | | 39,253.50 | | 39,253.50 | | 391,753.50 | 6,318,605.00 | | | x |
| 126 | | Loan from | | | | | | | | | | | | | | | |
| 127 | | Deposit | | 09/05/13 | | 25,000.00 | 25,000.00 | 952 | 2,644.44 | | | | | - | | | |
| 128 | | Total Loan from | | | | 25,000.00 | 25,000.00 | | 2,644.44 | | 2,644.44 | | 27,644.44 | 445,879.00 | | | x |
| 129 | | Loan from | | | | | | | | | | | | | | | |
| 130 | | Deposit | | 05/07/13 | | 75,000.00 | 75,000.00 | 1,070 | 8,916.67 | | | | | - | | | |
| 131 | | Total Loan from | | | | 75,000.00 | 75,000.00 | | 8,916.67 | | 8,916.67 | | 83,916.67 | 1,353,495.00 | | | x |
| 132 | | Loan from | | | | | | | | | | | | | | | |
| 133 | | Deposit | | 02/13/13 | | 50,000.00 | 50,000.00 | 1,154 | 6,411.11 | | | | | - | | | |
| 134 | | Deposit | | 08/23/13 | | 40,000.00 | 90,000.00 | 964 | 4,284.44 | | | | | - | | | |
| 135 | | Total Loan from | | | | 90,000.00 | 90,000.00 | | 10,695.56 | | 10,695.56 | | 100,695.56 | 1,624,122.00 | | | x |
| 136 | | Loan from | | | | | | | | | | | | | | | |
| 137 | | Deposit | | 06/11/13 | | 100,000.00 | 100,000.00 | 1,036 | 11,511.11 | | | | | - | | | |
| 138 | | Deposit | | 07/08/13 | | 120,000.00 | 220,000.00 | 1,009 | 13,453.33 | | | | | - | | | |
| 139 | | Deposit | | 08/06/13 | | 30,000.00 | 250,000.00 | 981 | 3,270.00 | | | | | - | | | |
| 140 | | Deposit | | 08/22/13 | | 110,000.00 | 360,000.00 | 965 | 11,794.44 | | | | | - | | | |
| 141 | | Deposit | | 08/29/13 | | 140,000.00 | 500,000.00 | 958 | 14,902.22 | | | | | - | | | |
| 142 | | Deposit | | 10/31/13 | | 100,000.00 | 600,000.00 | 897 | 9,966.67 | | | | | - | | | |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 143 | | | | Total Loan from | | | | 600,000.00 | 600,000.00 | | 64,897.78 | | 64,897.78 | | 664,897.78 | 10,724,158.00 | | | X |
| 144 | | | | Loan from | | | | | | | | | | | | - | | | |
| 145 | | | | | Deposit | 06/14/13 | | 50,000.00 | 50,000.00 | 1,033 | 5,738.89 | | | | | - | | | |
| 146 | | | | Total Loan from | | | | 50,000.00 | 50,000.00 | | 5,738.89 | | 5,738.89 | | 55,738.89 | 899,015.00 | | | X |
| 147 | | | | Loan from | | | | | | | | | | | | - | | | |
| 148 | | | | | Deposit | 06/25/13 | | 50,000.00 | 50,000.00 | 1,022 | 5,677.78 | | | | | - | | | |
| 149 | | | | | Deposit | 08/29/13 | | 25,000.00 | 75,000.00 | 958 | 2,661.11 | | | | | - | | | |
| 150 | | | | Total Loan from | | | | 75,000.00 | 75,000.00 | | 8,338.89 | | 8,338.89 | | 83,338.89 | 1,344,176.00 | | | X |
| 151 | | | | Loan from | | | | | | | | | | | | - | | | |
| 152 | | | | | Deposit | 03/26/13 | | 25,000.00 | 25,000.00 | 1,111 | 3,086.11 | | | | | - | | | |
| 153 | | | | Total Loan from | | | | 25,000.00 | 25,000.00 | | 3,086.11 | | 3,086.11 | | 28,086.11 | 453,002.00 | | | X |
| 154 | | | | Loan from | | C | | | | | | | | | | - | | | |
| 155 | | | | | Deposit | 08/14/13 | | 60,000.00 | 60,000.00 | 973 | 6,486.67 | | | | | - | | | |
| 156 | | | | Total Loan from | | | | 60,000.00 | 60,000.00 | | 6,486.67 | | 6,486.67 | | 66,486.67 | 1,072,366.00 | | | X |
| 157 | | | | Loan from | | | | | | | | | | | | - | | | |
| 158 | | | | | Deposit | 09/04/13 | | 30,000.00 | 30,000.00 | 953 | 3,176.67 | | | | | - | | | |
| 159 | | | | Total Loan from | | | | 30,000.00 | 30,000.00 | | 3,176.67 | | 3,176.67 | | 33,176.67 | 535,108.00 | | | X |
| 160 | | | | Loan from | | | | | | | | | | | | - | | | |
| 161 | | | | | Deposit | 07/23/13 | | 500,000.00 | 500,000.00 | 994 | 55,222.22 | | | | | - | | | |
| 162 | | | | Total Loan from | | | | 500,000.00 | 500,000.00 | | 55,222.22 | | 55,222.22 | | 555,222.22 | 8,955,198.00 | | | X |
| 163 | | | | Loan from | | | | | | | | | | | | - | | | |
| 164 | | | | | Deposit | 07/23/13 | | 50,000.00 | 50,000.00 | 994 | 5,522.22 | | | | | - | | | |
| 165 | | | | Total Loan from | | | | 50,000.00 | 50,000.00 | | 5,522.22 | | 5,522.22 | | 55,522.22 | 895,520.00 | | | X |
| 166 | | | | Loan from | | | | | | | | | | | | - | | | |
| 167 | | | | | Deposit | 03/05/13 | | 50,000.00 | 50,000.00 | 1,132 | 6,288.89 | | | | | - | | | |
| 168 | | | | Total Loan from | | | | 50,000.00 | 50,000.00 | | 6,288.89 | | 6,288.89 | | 56,288.89 | 907,886.00 | | | X |
| 169 | | | | Loan from | | | | | | | | | | | | - | | | |
| 170 | | | | | Deposit | 11/27/12 | | 100,000.00 | 100,000.00 | 1,230 | 13,666.67 | | | | | - | | | |
| 171 | | | | Total Loan from | | | | 100,000.00 | 100,000.00 | | 13,666.67 | | 13,666.67 | | 113,666.67 | 1,833,334.00 | | | X |
| 172 | | | | Loan from | | | | | | | | | | | | - | | | |
| 173 | | | | | Deposit | 03/11/13 | | 50,000.00 | 50,000.00 | 1,126 | 6,255.56 | | | | | - | | | |
| 174 | | | | Total Loan from | | | | 50,000.00 | 50,000.00 | | 6,255.56 | | 6,255.56 | | 56,255.56 | 907,348.00 | | | X |
| 175 | | | | Loan from | | | | | | | | | | | | - | | | |
| 176 | | | | | Deposit | 09/12/13 | | 28,000.00 | 28,000.00 | 945 | 2,940.00 | | | | | - | | | |
| 177 | | | | | Deposit | 09/12/13 | | 40,000.00 | 68,000.00 | 945 | 4,200.00 | | | | | - | | | |
| 178 | | | | | Deposit | 09/12/13 | | 60,000.00 | 128,000.00 | 945 | 6,300.00 | | | | | - | | | |
| 179 | | | | | Deposit | 09/12/13 | | 50,000.00 | 178,000.00 | 945 | 5,250.00 | | | | | - | | | |
| 180 | | | | | Deposit | 09/16/13 | | 50,000.00 | 228,000.00 | 941 | 5,227.78 | | | | | - | | | |
| 181 | | | | | Deposit | 09/18/13 | | 60,000.00 | 288,000.00 | 939 | 6,260.00 | | | | | - | | | |
| 182 | | | | | Deposit | 09/20/13 | | 25,000.00 | 313,000.00 | 937 | 2,602.78 | | | | | - | | | |
| 183 | | | | | Deposit | 09/20/13 | | 200,000.00 | 513,000.00 | 937 | 20,822.22 | | | | | - | | | |
| 184 | | | | | Deposit | 09/20/13 | | 25,000.00 | 538,000.00 | 937 | 2,602.78 | | | | | - | | | |
| 185 | | | | | Deposit | 09/24/13 | | 250,000.00 | 788,000.00 | 933 | 25,916.67 | | | | | - | | | |
| 186 | | | | | Deposit | 10/08/13 | | 25,000.00 | 813,000.00 | 919 | 2,552.78 | | | | | - | | | |
| 187 | | | | Total Loan from | | | | 813,000.00 | 813,000.00 | | 84,675.00 | | 84,675.00 | | 897,675.00 | 14,478,630.00 | | | X |
| 188 | | | | Loan from | | | | | | | | | | | | - | | | |
| 189 | | | | | Deposit | 05/23/13 | | 50,000.00 | 50,000.00 | 1,054 | 5,855.56 | | | | | - | | | |
| 190 | | | | | Deposit | 09/20/13 | | 25,000.00 | 75,000.00 | 937 | 2,602.78 | | | | | - | | | |
| 191 | | | | | Deposit | 09/24/13 | | 30,000.00 | 105,000.00 | 933 | 3,110.00 | | | | | - | | | |
| 192 | | | | | Deposit | 10/11/13 | | 25,000.00 | 130,000.00 | 916 | 2,544.44 | | | | | - | | | |
| 193 | | | | | Deposit | 10/18/13 | | 65,000.00 | 195,000.00 | 909 | 6,565.00 | | | | | - | | | |
| 194 | | | | | Deposit | 10/18/13 | | 50,000.00 | 245,000.00 | 909 | 5,050.00 | | | | | - | | | |
| 195 | | | | | Deposit | 10/22/13 | | 50,000.00 | 295,000.00 | 905 | 5,027.78 | | | | | - | | | |
| 196 | | | | Total Loan from | | | | 295,000.00 | 295,000.00 | | 30,755.56 | | 30,755.56 | | 325,755.56 | 5,254,122.00 | | | X |
| 197 | | | | Loan from | | | | | | | | | | | | - | | | |
| 198 | | | | | Deposit | 04/29/13 | | 250,000.00 | 250,000.00 | 1,078 | 29,944.44 | | | | | - | | | |
| 199 | | | | | Deposit | 10/28/13 | | 250,000.00 | 500,000.00 | 899 | 24,972.22 | | | | | - | | | |
| 200 | | | | | Deposit | 10/28/13 | | 250,000.00 | 750,000.00 | 899 | 24,972.22 | | | | | - | | | |
| 201 | | | | | Deposit | 11/05/13 | | 300,000.00 | 1,050,000.00 | 892 | 29,733.33 | | | | | - | | | |
| 202 | | | | | Deposit | 11/05/13 | | 25,000.00 | 1,075,000.00 | 892 | 2,477.78 | | | | | - | | | |
| 203 | | | | | Deposit | 11/06/13 | | 100,000.00 | 1,175,000.00 | 891 | 9,900.00 | | | | | - | | | |
| 204 | | | | Total Loan from | | | | 1,175,000.00 | 1,175,000.00 | | 122,000.00 | | 122,000.00 | | 1,297,000.00 | 20,919,355.00 | | | |
| 205 | | | | Loan from | | | | | | | | | | | | - | | | |
| 206 | | | | | Deposit | 07/19/13 | | 800,000.00 | 800,000.00 | 998 | 88,711.11 | | | | | - | | | |
| 207 | | | | Total Loan from | | | | 800,000.00 | 800,000.00 | | 88,711.11 | | 88,711.11 | | 888,711.11 | 14,334,051.00 | | | |
| 208 | | | | Loan from | | | | | | | | | | | | - | | | |
| 209 | | | | | Deposit | 05/29/13 | | 1,500,000.00 | 1,500,000.00 | 1,048 | 174,666.67 | | | | | - | | | |
| 210 | | | | | Deposit | 07/29/13 | | 87,500.00 | 1,587,500.00 | 988 | 9,605.56 | | | | | - | | | |
| 211 | | | | | Deposit | 07/30/13 | | 87,500.00 | 1,675,000.00 | 987 | 9,595.83 | | | | | - | | | |
| 212 | | | | | Deposit | 09/09/13 | | 175,000.00 | 1,850,000.00 | 948 | 18,433.33 | | | | | - | | | |
| 213 | | | | Total Loan from | | | | 1,850,000.00 | 1,850,000.00 | | 212,301.39 | | 212,301.39 | | 2,062,301.39 | 33,262,926.00 | | | |
| 214 | | | | Loan from | | | | | | | | | | | | - | | | |

| # | D | E | F | H | I | J | K | M | O | P | S |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 215 | | Deposit | 01/27/13 | 100,000.00 | 100,000.00 | 1,170 | 13,000.00 | | | - | |
| 216 | | **Total Loan from** | | 100,000.00 | 100,000.00 | | 13,000.00 | **13,000.00** | **113,000.00** | **1,822,581.00** | X |
| 217 | | **Loan from** | | | | | | | | - | |
| 218 | | Deposit | 05/29/13 | 500,000.00 | 500,000.00 | 1,048 | 58,222.22 | | | - | |
| 219 | | Deposit | 05/29/13 | 150,000.00 | 650,000.00 | 1,048 | 17,466.67 | | | - | |
| 220 | | Deposit | 05/29/13 | 400,000.00 | 1,050,000.00 | 1,048 | 46,577.78 | | | - | |
| 221 | | Deposit | 05/29/13 | 150,000.00 | 1,200,000.00 | 1,048 | 17,466.67 | | | - | |
| 222 | | Deposit | 06/19/13 | 150,000.00 | 1,350,000.00 | 1,028 | 17,133.33 | | | - | |
| 223 | | Deposit | 06/19/13 | 150,000.00 | 1,500,000.00 | 1,028 | 17,133.33 | | | - | |
| 224 | | **Total Loan from** | | 1,500,000.00 | 1,500,000.00 | | 174,000.00 | **174,000.00** | **1,674,000.00** | **27,000,000.00** | |
| 225 | | **Loan from** | | | | | | | | - | |
| 226 | | Deposit | 06/11/13 | 50,000.00 | 50,000.00 | 1,036 | 5,755.56 | | | - | |
| 227 | | Deposit | 07/05/13 | 135,000.00 | 185,000.00 | 1,012 | 15,180.00 | | | - | |
| 228 | | Deposit | 07/31/13 | 25,000.00 | 210,000.00 | 987 | 2,741.67 | | | - | |
| 229 | | Deposit | 08/12/13 | 80,000.00 | 290,000.00 | 975 | 8,666.67 | | | - | |
| 230 | | Deposit | 08/26/13 | 70,000.00 | 360,000.00 | 961 | 7,474.44 | | | - | |
| 231 | | **Total Loan from** | | 360,000.00 | 360,000.00 | | 39,818.33 | **39,818.33** | **399,818.33** | **6,448,683.00** | X |
| 232 | | **Loan from** | | | | | | | | - | |
| 233 | | Deposit | 06/25/13 | 100,000.00 | 100,000.00 | 1,022 | 11,355.56 | | | - | |
| 234 | | **Total Loan from** | | 100,000.00 | 100,000.00 | | 11,355.56 | **11,355.56** | **111,355.56** | **1,796,058.00** | X |
| 235 | | **Loan from** | | | | | | | | - | |
| 236 | | Deposit | 11/13/12 | 117,500.00 | 117,500.00 | 1,244 | 16,241.11 | | | - | |
| 237 | | Deposit | 04/19/13 | 50,000.00 | 167,500.00 | 1,088 | 6,044.44 | | | - | |
| 238 | | Deposit | 05/06/13 | 40,000.00 | 207,500.00 | 1,071 | 4,760.00 | | | - | |
| 239 | | Deposit | 05/06/13 | 30,000.00 | 237,500.00 | 1,071 | 3,570.00 | | | - | |
| 240 | | Deposit | 06/18/13 | 30,000.00 | 267,500.00 | 1,029 | 3,430.00 | | | - | |
| 241 | | Deposit | 06/26/13 | 125,000.00 | 392,500.00 | 1,021 | 14,180.56 | | | - | |
| 242 | | Deposit | 07/10/13 | 60,000.00 | 452,500.00 | 1,007 | 6,713.33 | | | - | |
| 243 | | Deposit | 07/10/13 | 20,000.00 | 472,500.00 | 1,007 | 2,237.78 | | | - | |
| 244 | | Deposit | 07/10/13 | 20,000.00 | 492,500.00 | 1,007 | 2,237.78 | | | - | |
| 245 | | Deposit | 08/16/13 | 100,000.00 | 592,500.00 | 971 | 10,788.89 | | | - | |
| 246 | | Deposit | 08/26/13 | 100,000.00 | 692,500.00 | 961 | 10,677.78 | | | - | |
| 247 | | Deposit | 09/23/13 | 65,000.00 | 757,500.00 | 934 | 6,745.56 | | | - | |
| 248 | | **Total Loan from** | | 757,500.00 | 757,500.00 | | 87,627.22 | **87,627.22** | **845,127.22** | **13,631,085.00** | X |
| 249 | | **Loan from** | | | | | | | | - | |
| 250 | | Deposit | 07/24/13 | 250,000.00 | 250,000.00 | 993 | 27,583.33 | | | - | |
| 251 | | Deposit | 07/29/13 | 186,000.00 | 436,000.00 | 988 | 20,418.67 | | | - | |
| 252 | | Deposit | 07/30/13 | 130,000.00 | 566,000.00 | 987 | 14,256.67 | | | - | |
| 253 | | Deposit | 08/26/13 | 500,000.00 | 1,066,000.00 | 961 | 53,388.89 | | | - | |
| 254 | | Deposit | 08/28/13 | 1,500,000.00 | 2,566,000.00 | 959 | 159,833.33 | | | - | |
| 255 | | Deposit | 09/10/13 | 100,000.00 | 2,666,000.00 | 947 | 10,522.22 | | | - | |
| 256 | | Deposit | 09/18/13 | 220,000.00 | 2,886,000.00 | 939 | 22,953.33 | | | - | |
| 257 | | Deposit | 09/25/13 | 250,000.00 | 3,136,000.00 | 932 | 25,888.89 | | | - | |
| 258 | | Deposit | 10/01/13 | 750,000.00 | 3,886,000.00 | 926 | 77,166.67 | | | - | |
| 259 | | Deposit | 10/07/13 | 75,000.00 | 3,961,000.00 | 920 | 7,666.67 | | | - | |
| 260 | | Deposit | 10/28/13 | 75,000.00 | 4,036,000.00 | 899 | 7,491.67 | | | - | |
| 261 | | Deposit | 10/30/13 | 25,000.00 | 4,061,000.00 | 897 | 2,491.67 | | | - | |
| 262 | | Deposit | 11/12/13 | 999,950.00 | 5,060,950.00 | 885 | 98,328.42 | | | - | |
| 263 | | Deposit | 01/03/14 | 1,000,000.00 | 6,060,950.00 | 834 | 92,666.67 | | | - | |
| 264 | | Deposit | 01/03/14 | 275,000.00 | 6,335,950.00 | 834 | 25,483.33 | | | - | |
| 265 | | Deposit | 01/07/14 | 50,000.00 | 6,385,950.00 | 830 | 4,611.11 | | | - | |
| 266 | | Deposit | 01/22/14 | 50,000.00 | 6,435,950.00 | 815 | 4,527.78 | | | - | |
| 267 | | Deposit | 01/27/14 | 100,000.00 | 6,535,950.00 | 810 | 9,000.00 | | | - | |
| 268 | | Deposit | 02/10/14 | 99,950.00 | 6,635,900.00 | 797 | 8,851.13 | | | - | |
| 269 | | Deposit | 02/11/14 | 50,000.00 | 6,685,900.00 | 796 | 4,422.22 | | | - | |
| 270 | | Deposit | 02/12/14 | 49,950.00 | 6,735,850.00 | 795 | 4,412.25 | | | - | |
| 271 | | Deposit | 02/24/14 | 200,000.00 | 6,935,850.00 | 783 | 17,400.00 | | | - | |
| 272 | | Deposit | 02/24/14 | 50,000.00 | 6,985,850.00 | 783 | 4,350.00 | | | - | |
| 273 | | Deposit | 02/24/14 | 14,150.00 | 7,000,000.00 | 783 | 1,231.05 | | | - | |
| 274 | | **Total Loan from** | | 7,000,000.00 | 7,000,000.00 | | 704,945.96 | **704,945.96** | **7,704,945.96** | **124,273,322.00** | X |
| 275 | | **Loan from** | | | | | | | | - | |
| 276 | | Deposit | 08/15/13 | 50,000.00 | 50,000.00 | 972 | 5,400.00 | | | - | |
| 277 | | **Total Loan from** | | 50,000.00 | 50,000.00 | | 5,400.00 | **5,400.00** | **55,400.00** | **893,549.00** | X |
| 278 | | **Loan from** | | | | | | | | - | |
| 279 | | Deposit | 06/07/13 | 24,980.00 | 24,980.00 | 1,040 | 2,886.58 | | | - | |
| 280 | | General Journal | 06/07/13 | 20.00 | 25,000.00 | 1,040 | 2.31 | | | - | |
| 281 | | **Total Loan from** | | 25,000.00 | 25,000.00 | | 2,888.89 | **2,888.89** | **27,888.89** | **449,821.00** | X |
| 282 | | **Loan from** | | | | | | | | - | |
| 283 | | Deposit | 06/10/13 | 30,000.00 | 30,000.00 | 1,037 | 3,456.67 | | | - | |
| 284 | | Deposit | 08/15/13 | 30,000.00 | 60,000.00 | 972 | 3,240.00 | | | - | |
| 285 | | **Total Loan from** | | 60,000.00 | 60,000.00 | | 6,696.67 | **6,696.67** | **66,696.67** | **1,075,753.00** | X |
| 286 | | **Loan from** | | | | | | | | - | |
| 287 | | Deposit | 11/30/12 | 50,000.00 | 50,000.00 | 1,227 | 6,816.67 | | | - | |
| 288 | | Deposit | 01/14/13 | 50,000.00 | 100,000.00 | 1,183 | 6,572.22 | | | - | |

| | | | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 289 | | | Total Loan from | | | | | 100,000.00 | 100,000.00 | | 13,388.89 | | 13,388.89 | | 113,388.89 | 1,828,854.00 | | | x |
| 290 | | | Loan from | | | | | | | | | | | | | - | | | |
| 291 | | | | Deposit | | 09/06/13 | | 75,000.00 | 75,000.00 | 951 | 7,925.00 | | | | | - | | | |
| 292 | | | Total Loan from | | | | | 75,000.00 | 75,000.00 | | 7,925.00 | | 7,925.00 | | 82,925.00 | 1,337,500.00 | | | x |
| 293 | | | Loan from | | | | | | | | | | | | | - | | | |
| 294 | | | | Deposit | | 41,520.00 | | 25,000.00 | 25,000.00 | 954 | 2,650.00 | | 2,650.00 | | 27,650.00 | 445,968.00 | | | |
| 295 | | | | Deposit | | 09/03/13 | | 25,000.00 | 25,000.00 | 954 | 2,650.00 | | 2,650.00 | | 27,650.00 | 445,968.00 | | | |
| 296 | | | | | | | | 50,000.00 | 50,000.00 | | | | | | | - | | | x |
| 297 | | | Loan from | | | | | | | | | | | | | - | | | |
| 298 | | | | Deposit | | 05/23/13 | | 50,000.00 | 50,000.00 | 1,054 | 5,855.56 | | | | | - | | | |
| 299 | | | Total Loan from | | | | | 50,000.00 | 50,000.00 | | 5,855.56 | | 5,855.56 | | 55,855.56 | 900,897.00 | | | x |
| 300 | | | Loan from | | | | | | | | | | | | | - | | | |
| 301 | | | | Deposit | | 05/07/13 | | 100,000.00 | 100,000.00 | 1,070 | 11,888.89 | | | | | - | | | |
| 302 | | | Total Loan from | | | | | 100,000.00 | 100,000.00 | | 11,888.89 | | 11,888.89 | | 111,888.89 | 1,804,660.00 | | | x |
| 303 | | | Loan from | | | | | | | | | | | | | - | | | |
| 304 | | | | Deposit | | 03/05/13 | | 250,000.00 | 250,000.00 | 1,132 | 31,444.44 | | | | | - | | | |
| 305 | | | Total Loan from | | | | | 250,000.00 | 250,000.00 | | 31,444.44 | | 31,444.44 | | 281,444.44 | 4,539,427.00 | | | x |
| 306 | | | Loan from | | | | | | | | | | | | | - | | | |
| 307 | | | | Deposit | | 12/27/12 | | 100,000.00 | 100,000.00 | 1,200 | 13,333.33 | | | | | - | | | |
| 308 | | | Total Loan from | | | | | 100,000.00 | 100,000.00 | | 13,333.33 | | 13,333.33 | | 113,333.33 | 1,827,957.00 | | | x |
| 309 | | | Loan from | | | | | | | | | | | | | - | | | |
| 310 | | | | Deposit | | 06/04/13 | | 100,000.00 | 100,000.00 | 1,043 | 11,588.89 | | | | | - | | | |
| 311 | | | | Deposit | | 08/28/13 | | 70,000.00 | 170,000.00 | 959 | 7,458.89 | | | | | - | | | |
| 312 | | | Total Loan from | | | | | 170,000.00 | 170,000.00 | | 19,047.78 | | 19,047.78 | | 189,047.78 | 3,049,158.00 | | | x |
| 313 | | | Loan from | | | | | | | | | | | | | - | | | |
| 314 | | | | Deposit | | 05/17/13 | | 30,000.00 | 30,000.00 | 1,060 | 3,533.33 | | | | | - | | | |
| 315 | | | Total Loan from | | | | | 30,000.00 | 30,000.00 | | 3,533.33 | | 3,533.33 | | 33,533.33 | 540,861.00 | | | x |
| 316 | | | Loan from | | | | | | | | | | | | | - | | | |
| 317 | | | | Deposit | | 05/16/13 | | 100,000.00 | 100,000.00 | 1,061 | 11,788.89 | | | | | - | | | |
| 318 | | | Total Loan from | | | | | 100,000.00 | 100,000.00 | | 11,788.89 | | 11,788.89 | | 111,788.89 | 1,803,047.00 | | | x |
| 319 | | | Loan from | | | | | | | | | | | | | - | | | |
| 320 | | | | Deposit | | 05/17/13 | | 25,000.00 | 25,000.00 | 1,060 | 2,944.44 | | | | | - | | | |
| 321 | | | Total Loan from | | | | | 25,000.00 | 25,000.00 | | 2,944.44 | | 2,944.44 | | 27,944.44 | 450,717.00 | | | x |
| 322 | | | Loan from | | | | | | | | | | | | | - | | | |
| 323 | | | | Deposit | | 09/04/13 | | 75,000.00 | 75,000.00 | 953 | 7,941.67 | | | | | - | | | |
| 324 | | | Total Loan from | | | | | 75,000.00 | 75,000.00 | | 7,941.67 | | 7,941.67 | | 82,941.67 | 1,337,769.00 | | | x |
| 325 | | | Loan from | | | | | | | | | | | | | - | | | |
| 326 | | | | Deposit | | 06/20/13 | | 50,000.00 | 50,000.00 | 1,027 | 5,705.56 | | | | | - | | | |
| 327 | | | Total Loan from | | | | | 50,000.00 | 50,000.00 | | 5,705.56 | | 5,705.56 | | 55,705.56 | 898,477.00 | | | x |
| 328 | | | Loan from | | | | | | | | | | | | | - | | | |
| 329 | | | | Deposit | | 05/10/13 | | 50,000.00 | 50,000.00 | 1,067 | 5,927.78 | | | | | - | | | |
| 330 | | | Total Loan from | | | | | 50,000.00 | 50,000.00 | | 5,927.78 | | 5,927.78 | | 55,927.78 | 902,061.00 | | | x |
| 331 | | | Loan from | | | | | | | | | | | | | - | | | |
| 332 | | | | Deposit | | 10/19/12 | | 499,975.00 | 499,975.00 | 1,268 | 70,440.92 | | | | | - | | | |
| 333 | | | | General Journal | | 10/19/12 | | 25.00 | 500,000.00 | 1,268 | 3.52 | | | | | - | | | |
| 334 | | | | Deposit | | 11/20/12 | | 274,975.00 | 774,975.00 | 1,237 | 37,793.79 | | | | | - | | | |
| 335 | | | | General Journal | | 11/20/12 | | 25.00 | 775,000.00 | 1,237 | 3.44 | | | | | - | | | |
| 336 | | | | Deposit | | 11/30/12 | | 74,975.00 | 849,975.00 | 1,227 | 10,221.59 | | | | | - | | | |
| 337 | | | | General Journal | | 11/30/12 | | 25.00 | 850,000.00 | 1,227 | 3.41 | | | | | - | | | |
| 338 | | | | Deposit | | 12/19/12 | | 99,975.00 | 949,975.00 | 1,208 | 13,418.87 | | | | | - | | | |
| 339 | | | | General Journal | | 12/19/12 | | 25.00 | 950,000.00 | 1,208 | 3.36 | | | | | - | | | |
| 340 | | | | Deposit | | 01/04/13 | | 99,975.00 | 1,049,975.00 | 1,193 | 13,252.24 | | | | | - | | | |
| 341 | | | | General Journal | | 01/04/13 | | 25.00 | 1,050,000.00 | 1,193 | 3.31 | | | | | - | | | |
| 342 | | | | Deposit | | 01/08/13 | | 24,980.00 | 1,074,980.00 | 1,189 | 3,300.14 | | | | | - | | | |
| 343 | | | | General Journal | | 01/08/13 | | 20.00 | 1,075,000.00 | 1,189 | 2.64 | | | | | - | | | |
| 344 | | | | Deposit | | 03/05/13 | | 99,975.00 | 1,174,975.00 | 1,132 | 12,574.63 | | | | | - | | | |
| 345 | | | | General Journal | | 03/05/13 | | 25.00 | 1,175,000.00 | 1,132 | 3.14 | | | | | - | | | |
| 346 | | | | Deposit | | 04/18/13 | | 74,975.00 | 1,249,975.00 | 1,089 | 9,071.98 | | | | | - | | | |
| 347 | | | | General Journal | | 04/18/13 | | 25.00 | 1,250,000.00 | 1,089 | 3.03 | | | | | - | | | |
| 348 | | | Total Loan from | | | | | 1,250,000.00 | 1,250,000.00 | | 170,100.00 | | 170,100.00 | | 1,420,100.00 | 22,904,839.00 | | | x |
| 349 | | | Loan from | | | | | | | | | | | | | - | | | |
| 350 | | | | Deposit | | 07/19/13 | | 50,000.00 | 50,000.00 | 998 | 5,544.44 | | | | | - | | | |
| 351 | | | Total Loan from | | | | | 50,000.00 | 50,000.00 | | 5,544.44 | | 5,544.44 | | 55,544.44 | 895,879.00 | | | x |
| 352 | | | Loan from | | | | | | | | | | | | | - | | | |
| 353 | | | | Deposit | | 05/09/13 | | 200,000.00 | 200,000.00 | 1,068 | 23,733.33 | | | | | - | | | |
| 354 | | | Total Loan from | | | | | 200,000.00 | 200,000.00 | | 23,733.33 | | 23,733.33 | | 223,733.33 | 3,608,603.00 | | | x |
| 355 | | | Loan from | | | | | | | | | | | | | - | | | |
| 356 | | | | Deposit | | 08/01/13 | | 250,000.00 | 250,000.00 | 986 | 27,388.89 | | | | | - | | | |
| 357 | | | Total Loan from | | | | | 250,000.00 | 250,000.00 | | 27,388.89 | | 27,388.89 | | 277,388.89 | 4,474,015.00 | | | x |
| 358 | | | Loan from | | | | | | | | | | | | | - | | | |
| 359 | | | | Deposit | | 09/04/13 | | 100,000.00 | 100,000.00 | 953 | 10,588.89 | | | | | - | | | |
| 360 | | | Total Loan from | | | | | 100,000.00 | 100,000.00 | | 10,588.89 | | 10,588.89 | | 110,588.89 | 1,783,692.00 | | | x |

