**EXHIBIT 51**

| Message | |
|---|---|
| **From**: | Deron Smith [dsmith@creative-ig.com] |
| **Sent**: | 9/11/2015 4:56:38 PM |
| **To**: | George Marcus [GJM@mcm-law.com] |
| **CC**: | Paul E. Hess [paulehess@verizon.net]; Doug Smith [sendougsmith@gmail.com]; Kris Lambiase [kalambiase@gmail.com]; Britt Napier [britt_napier@yahoo.com] |
| **Subject**: | Re: Conf call - Brentwood LLC conversion info, Friday 9/11 at 9:00 am >> 1-605-475-5900 code 120383 |

Thank you, George. I see no reason to convert and I'm confident the others will feel the same after I tell them about our call.
Paul- thanks for arranging the call!

Sent from my iPhone

> On Sep 11, 2015, at 9:22 AM, George Marcus <GJM@mcm-law.com> wrote:
>
> All, attached is the Mozido, LLC [now MDO, LLC] Operating Agreement.  There have been a couple of amendments, but not relevant to the distribution points we discussed.
>
> Reference is made to Section 5.2(b) of the LLC Agreement, and to the definitions at the end of the Agreement.
>
> Please be sure to call me with any questions.  Thx. Geo.
>
> -----Original Appointment-----
> From: Paul E. Hess [mailto:paulehess@verizon.net]
> Sent: Tuesday, September 08, 2015 1:55 PM
> To: Paul E. Hess; Doug Smith (sendougsmith@gmail.com); Deron Smith (Dsmith@creative-ig.com); George Marcus; Kris Lambiase (kalambiase@gmail.com); Britt Napier (britt_napier@yahoo.com)
> Subject: Conf call - Brentwood LLC conversion info, Friday 9/11 at 9:00 am >> 1-605-475-5900 code 120383
> When: Friday, September 11, 2015 9:00 AM-9:30 AM (UTC-05:00) Eastern Time (US & Canada).
> Where: Phone call
>
>
>
> Hi all,
> Here is a dial-in number for a call at 9:00 am Friday morning with my friend, Attorney George Marcus.
> 1-605-475-5900  Code 120383
> I look forward to talking with all of you then.  Thanks.   Paul
>
> <Amended and Restated Operating Agreement of Mozido, LLC.pdf>

CONFIDENTIAL TREATMENT REQUESTED
EXEMPT FROM FOIA