**From:** Michael Liberty [libmmg@yahoo.com]
**Sent:** Tuesday, April 12 2016 4:23:04 PM
**To:** Adams, Nicholas C.
**Subject:** Fwd: Mozido/Pioneer

**Michael A. Liberty | Founder & Chairman of Global Strategic Relationships**
Michael.Liberty@Mozido.com
Mobile +1 207.939.0099

www.mozido.com

Begin forwarded message:

**From:** George Marcus <gjm@mcm-law.com>
**Date:** April 12, 2016 at 4:20:31 PM EDT
**To:** Todd Bradley <todd.bradley@mozido.com>, "dturner@lgicos.com" <dturner@lgicos.com>, David Hanna <David.Hanna@atlanticus.com>, "Michael A. Liberty" <libmmg@yahoo.com>, Mike Love <mike.love@mozido.com>, Scott Ellyson <scott.ellyson@mozido.com>, "Ldeutscher@munsch.com" <Ldeutscher@munsch.com>, Michael Wiggin <michael.wiggin@mozido.com>
**Subject: FW: Mozido/Pioneer**

FYI

**Confidentiality Notice**: The materials in this electronic mail transmission (including all attachments) are private and confidential and are the property of the sender. The information contained in the material is privileged and intended only for the use of the named addressee(s). If you are not the intended addressee, be advised that any unauthorized disclosure, copying, distribution or the taking of any action in reliance on the contents of this material is strictly prohibited. If you have received this electronic mail transmission in error, then please immediately notify the sender by telephone at (207) 828-8000 or send an electronic message to firm@mcm-law.com, and thereafter, destroy the original transmission immediately.

---

**From:** George Marcus
**Sent:** Tuesday, April 12, 2016 4:19 PM
**To:** 'Babalas, Emily D.' <EDBabalas@wellington.com>
**Cc:** 'jason.kropp@wilmerhale.com' <jason.kropp@wilmerhale.com>; 'Hoffman, Steven M.' <SMHoffman@wellington.com>; 'Layne Deutscher' <ldeutscher@munsch.com>; 'Joseph Blanco' <joseph.blanco@dentons.com>; 'Norris, Jessica M.' <jessica.norris@dentons.com>; 'Bill Wilson' <bwilson@outsourcegc.com>

**Subject:** RE: Mozido/Pioneer

Update: discussions continue as I write. J.C. Flowers & Co. of New York city seems to be the lead contender. Todd Bradley and Mike Love are in their offices now and have been there nearly all day. I am advised that Flowers will convene its loan committee at 5 pm this afternoon and make a decision. Stand by, please. Thx. Geo.

**Confidentiality Notice**: The materials in this electronic mail transmission (including all attachments) are private and confidential and are the property of the sender. The information contained in the material is privileged and intended only for the use of the named addressee(s). If you are not the intended addressee, be advised that any unauthorized disclosure, copying, distribution or the taking of any action in reliance on the contents of this material is strictly prohibited. If you have received this electronic mail transmission in error, then please immediately notify the sender by telephone at (207) 828-8000 or send an electronic message to firm@mcm-law.com, and thereafter, destroy the original transmission immediately.

---

**From:** George Marcus
**Sent:** Tuesday, April 12, 2016 1:34 PM
**To:** Babalas, Emily D. <EDBabalas@wellington.com>
**Cc:** jason.kropp@wilmerhale.com; Hoffman, Steven M. <SMHoffman@wellington.com>; Layne Deutscher <ldeutscher@munsch.com>; Joseph Blanco <joseph.blanco@dentons.com>; Norris, Jessica M. <jessica.norris@dentons.com>; Bill Wilson <bwilson@outsourcegc.com>
**Subject:** RE: Mozido/Pioneer

Emily, following up on the series of emails below, I would like to confirm a time and place for an "all hands on deck" meeting between Mozido and Wellington, for tomorrow. We are now in active and advanced discussions with one or more potential lenders, and I am hopeful that by the end of the day, we'll have terms to share with the Wellington team.

It will be imperative that any such terms receive immediate Wellington approval, to the extent required by the Charter, so that closing can incur in sufficient time to avoid a Pioneer default.

Can we confirm a time and place to meet tomorrow, Wednesday as we had previously discussed? Boston would work well; I understand that Nick Adams may need to participate by phone. In any event, can we put a time and place on tomorrow's calendar?

In any event, I will keep you posted on status of negotiations.

Thx. Geo.



**Confidentiality Notice**: The materials in this electronic mail transmission (including all attachments) are private and confidential and are the property of the sender. The information contained in the material is privileged and intended only for the use of the named addressee(s). If you are not the intended addressee, be advised that any unauthorized disclosure, copying, distribution or the taking of any action in reliance on the contents of this material is strictly prohibited. If you have received this electronic mail transmission in error, then please immediately notify the sender by telephone at (207) 828-8000 or send an electronic message to firm@mcm-law.com, and thereafter, destroy the original transmission immediately.

---

**From:** George Marcus
**Sent:** Friday, April 08, 2016 4:57 PM
**To:** Babalas, Emily D. <EDBabalas@wellington.com>
**Cc:** jason.kropp@wilmerhale.com; Hoffman, Steven M. <SMHoffman@wellington.com>; Layne Deutscher <ldeutscher@munsch.com>; Joseph Blanco <joseph.blanco@dentons.com>; Norris, Jessica M. <jessica.norris@dentons.com>; Bill Wilson <bwilson@outsourcegc.com>
**Subject:** Re: Mozido/Pioneer

Ok. Thank you. Let's plan on Wednesday. I assume Boston. Of course I'll keep you posted. Geo

On Apr 8, 2016, at 4:50 PM, Babalas, Emily D. <EDBabalas@wellington.com> wrote:

> George,
>
> Wed probably works best for us if needed. Please keep us posted on events so we can be prepared.
>
> Thanks,
> Emily
>
> ---
>
> **From:** George Marcus [mailto:gjm@mcm-law.com]
> **Sent:** Friday, April 08, 2016 2:21 PM
> **To:** Babalas, Emily D.
> **Cc:** jason.kropp@wilmerhale.com; Hoffman, Steven M.; Layne Deutscher; Joseph Blanco; Norris, Jessica M.; Bill Wilson
> **Subject:** Re: Mozido/Pioneer
>
> I would suggest that this is of such urgency that Nick should be there and we should get the meeting on the calendar. The consequences of not moving quickly and efficiently could be devastating. Let's be prepared. Thx. Geo
>
> On Apr 8, 2016, at 2:09 PM, Babalas, Emily D. <EDBabalas@wellington.com> wrote:
>
>> I don't know Josh's availability and Matt will be travelling next week. Depending on whether we need Nick will determine the location. For now, I don't think we need to schedule something but please do keep us in the loop so we can make ourselves available.

**From:** George Marcus [mailto:gjm@mcm-law.com]
**Sent:** Friday, April 08, 2016 1:42 PM
**To:** Babalas, Emily D.; George Marcus; jason.kropp@wilmerhale.com; Hoffman, Steven M.
**Cc:** Layne Deutscher; Joseph Blanco; Norris, Jessica M.; Bill Wilson
**Subject:** Re: Mozido/Pioneer

Emily, thank you. We do not yet have terms to share, but we hope to develop them ASAP and we will certainly share them as soon as we have them. In the meantime, I think it makes sense to calendar the meeting and set the location, so that everyone can be available to consider and hopefully finalize what we will have.

As to KIA and Pioneer, we have had no response from our efforts to get insight from KIA as to status of the loan—we can only assume that there will be no funding by next week, if there ever will be any funding from KIA. As to Pioneer, we are advised that no extension will be made available. As I mentioned earlier, there are other active prospects, but timing is uncertain—we are pushing for next week, but we don't have any assurances at this time.

What is your pleasure regarding day to meet and place? I am sure that the Mozido team will make itself available.

Thx. Geo.


<image001.png>

**Confidentiality Notice**: The materials in this electronic mail transmission (including all attachments) are private and confidential and are the property of the sender. The information contained in the material is privileged and intended only for the use of the named addressee(s). If you are not the intended addressee, be advised that any unauthorized disclosure, copying, distribution or the taking of any action in reliance on the contents of this material is strictly prohibited. If you have received this electronic mail transmission in error, then please immediately notify the sender by telephone at (207) 828-8000 or send an electronic message to firm@mcm-law.com, and thereafter, destroy the original transmission immediately.


**From:** Emily Babalas <EDBabalas@wellington.com>
**Date:** Friday, April 8, 2016 at 1:28 PM
**To:** George Marcus <gjm@mcm-law.com>, "jason.kropp@wilmerhale.com" <jason.kropp@wilmerhale.com>, Steven Hoffman <SMHoffman@wellington.com>
**Cc:** Layne Deutscher <ldeutscher@munsch.com>, Joseph Blanco <joseph.blanco@dentons.com>, "Norris, Jessica M." <jessica.norris@dentons.com>, Bill Wilson <bwilson@outsourcegc.com>
**Subject:** RE: Mozido/Pioneer

George,

We are glad to make ourselves available next week to discuss the possible equity raise you mention below. Do you have term sheet we can review in advance or proposed deal terms? What can you tell us regarding your conversations, if any, with Pioneer? Or with KIA?

We're also glad to meet with the company to discuss alternative scenario planning if no funding arrives next week. Please let us know.

Thanks,
Emily

---

**From:** George Marcus [mailto:gjm@mcm-law.com]
**Sent:** Friday, April 08, 2016 11:57 AM
**To:** Babalas, Emily D.; jason.kropp@wilmerhale.com; Hoffman, Steven M.
**Cc:** Layne Deutscher; Joseph Blanco; Norris, Jessica M.; Bill Wilson
**Subject:** Mozido/Pioneer

Emily, Jason and Steve, I am reaching out on behalf of Mozido, as we have one week to pay the Pioneer debt, avoid a default, and avoid the draconian outcome of loss of Mozido's stake in PayEase. Of course, there are also urgent working capital needs.

By way of update, David Hanna has been talking with a fund with which he has done business, and there appears to be a prospect that the fund, combined with an investment from David Hanna or Atlanticus and other existing investors, would be in a position to advance funds to Mozido next week, sufficient to pay off Pioneer, and perhaps provide a limited amount of working capital. This is no more than a possibility at this point in time, but we are actively pursuing it.

In any event, I believe that if any funding is going to become available to Mozido in order to satisfy the Pioneer loan and avoid default, it will be necessary for all of the players to meet as soon as possible next week, at a mutually agreed upon location—Boston, Philadelphia, Atlanta or elsewhere, and hammer out a deal. No deal will happen in the time that we have available to us, if we do not meet with the objective of getting the deal done. Our experience with emails and the like shows the time that is consumed with this process and we don't have this kind of time.

My question is whether Wellington and its counsel would be willing to set aside a day next week, in a mutually agreeable location, to meet with Mozido, its counsel, and any potential investors, to try to hammer something out, including a possible advance by Wellington.

Please let me and Mozido counsel, copied on this email, know at the earliest possible time, and of course, we'll make our selves available over the weekend to discuss.

Many thanks.  Geo.

<image001.png>

**Confidentiality Notice**: The materials in this electronic mail transmission (including all attachments) are private and confidential and are the property of the sender. The information contained in the material is privileged and intended only for the use of the named addressee(s). If you are not the intended addressee, be advised that any unauthorized disclosure, copying, distribution or the taking of any action in reliance on the contents of this material is strictly prohibited. If you have received this electronic mail transmission in error, then please immediately notify the sender by telephone at (207) 828-8000 or send an

electronic message to firm@mcm-law.com, and thereafter, destroy the original transmission immediately.

Confidential Treatment Requested by Wellington Management Company

WMC-SECLIB-00015270