**EXHIBIT 56**

# Re: Mozido Invesco, LLC - Withdrawal

**From:** Michael Liberty <libmmg@yahoo.com>
**To:** George Marcus <gjm@mcm-law.com>
**Date:** Mon, 30 Apr 2012 15:32:47 +0000

What about having juan do it?
Sent via BlackBerry by AT&T

---

**From:** George Marcus <GJM@mcm-law.com>
**Date:** Mon, 30 Apr 2012 15:25:53 +0000
**To:** libmmg@yahoo.com<libmmg@yahoo.com>
**Subject:** FW: Mozido Invesco, LLC - Withdrawal

I called Peter and Rebecca; got a call back from Michael Elsberry, General Counsel to Lowndes Drosdick. They're done. He said the sales of securities was the "straw that broke the camel's back"; he said that the lawyers in the firm had lost confidence that they were getting the whole or accurate story.

The only way to pursue the exchange offer will be with another firm, maybe Pepper Hamilton. Geo.

**From:** Britt Napier [mailto:britt_napier@yahoo.com]
**Sent:** Monday, April 30, 2012 11:21 AM
**To:** George Marcus
**Subject:** Fw: Mozido Invesco, LLC - Withdrawal

George,
See Below. What is going on?! They never said this to us in that meeting!

----- Forwarded Message -----
**From:** "Reinert, Peter" <peter.reinert@lowndes-law.com>
**To:** 'Michael Liberty' <michael.liberty@mozido.com>; 'Michael Liberty' <libmmg@yahoo.com>
**Cc:** "Forest, Rebecca H." <Rebecca.Forest@lowndes-law.com>; "Kantor, Hal" <Hal.Kantor@lowndes-law.com>; "Bozzuto, Jacqueline" <jacqueline.bozzuto@lowndes-law.com>; 'Britt Napier' <britt_napier@yahoo.com>
**Sent:** Monday, April 30, 2012 10:34 AM
**Subject:** Mozido Invesco, LLC - Withdrawal

Dear Michael,
We learned last week that Mozido Invesco, LLC sold an additional $2,805,482 in principal amounts of notes in 2012. When Rebecca Forest and I met with Britt and you last December at our offices we explained that if Mozido Invesco, LLC continued to sell notes after the rescission offer it would be in violation of the securities laws. We understood that you would stop selling any more notes We were never informed that more sales were occurring until last week. Consequently, due to your failure to communicate and cooperate with us in these respects our firm is withdrawing from our representation of Mozido Invesco, LLC with respect to all corporate and securities law related matters.

Peter E. Reinert
Chairman, Capital Markets & Technology Practice Group
Lowndes, Drosdick, Doster, Kantor & Reed, P.A.
215 North Eola Drive
Orlando, FL 32801
Phone: 407-418-6291
Fax: 407-843-4444
email: peter.reinert@lowndes-law.com
www.lowndes-law.com

**Notice of Confidentiality:** This e-mail communication and the attachment(s) hereto, if any, are intended solely for the information and use of the addressee(s) identified above and may contain information which is legally privileged from disclosure and/or otherwise confidential. If a recipient of this e-mail communication is not an addressee (or an authorized representative of an addressee), such recipient is hereby advised that any review, disclosure, reproduction, re-transmission or other dissemination or use of this e-mail communication (or any information contained herein) is strictly prohibited. If you are not an addressee and have received this e-mail communication in error, please advise the sender of that circumstance either by reply e-mail or by telephone at (800) 356-6818, immediately delete this e-mail communication from any computer and destroy all physical copies of same.

**Replies Filtered:** Any incoming reply to this e-mail communication or other e-mail communication to us will be electronically filtered for "spam" and/or "viruses." That filtering process may result in such reply or other e-mail communications to us being quarantined (i.e., potentially not received at our site at all) and/or delayed in reaching us. For that reason, we cannot guarantee that we will receive your reply or other e-mail communications to us and/or that we will receive the same in a timely manner. Accordingly, you should consider sending communications to us which are particularly important or time-sensitive by means other than e-mail.

**Notice Under U.S. Treasury Department Circular 230:** To the extent that this e-mail communication and the attachment(s) hereto, if any, may contain written advice concerning or relating to a Federal (U.S.) tax issue, United States Treasury Department Regulations (Circular 230) require that we (and we do hereby) advise and disclose to you that, unless we expressly state otherwise in writing, such tax advice is not written or intended to be used, and cannot be used by you (the addressee), or other person(s), for purposes of (1) avoiding penalties imposed under the United States Internal Revenue Code or (2) promoting, marketing or recommending to any other person(s) the (or any of the) transaction(s) or matter(s) addressed, discussed or referenced herein. Each taxpayer should seek advice from an independent tax advisor with respect to any Federal tax issue(s), transaction(s) or matter(s) addressed, discussed or referenced herein based upon his, her or its particular circumstances. [v4.30]