UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL A. LIBERTY; BRITTANY LIBERTY; PAUL HESS; RICHARD LIBERTY; GEORGE MARCUS, ESQ.; MOZIDO INVESCO, LLC; FAMILY MOBILE, LLC; BRTMDO INVESTMENTS, LLC; BRENTWOOD FINANCIAL, LLC; and, TL HOLDINGS GROUP, LLC,<br><br>Defendants,<br>and<br><br>XANADU PARTNERS, LLC,<br><br>Relief Defendant | Case No. 2:18-cv-00139-JBL |

**ERRATA**

In Docket No. 97 (Commission's Opposition to Defendant Marcus' Motion for Imposition of Sanctions), on page 28, in the last line before the Conclusion section, the Commission mistakenly wrote: "…valuations that had proposed by MDO's own board had not exceeded $17,500,000." The line should read, "…valuations that had proposed by MDO's own board had not exceeded $25,000,000." This change does not affect the Commission's argument.

Dated: November 6, 2020           Respectfully submitted,

                                  SECURITIES AND EXCHANGE COMMISSION
                                  By its attorneys,

                                  /s/ Marc Jones
                                  Marc J. Jones (Mass. Bar No. 645910)
                                  Peter Bryan Moores (Mass. Bar No. 658033)
                                  David D'Addio (Mass. Bar No. 665790)

33 Arch Street, 24th Floor
Boston, MA  02110
(617) 573-8947
jonesmarc@sec.gov

**CERTIFICATE OF SERVICE**

 I, Marc J. Jones, hereby certify that on November 6, 2020, I electronically filed this Opposition with the Clerk of Court using the CM/ECF system which will send notification of this filing to all counsel of record.

 /s/ Marc Jones
 Marc J. Jones
 Securities and Exchange Commission