IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | CIVIL ACTION |
| Plaintiff, | Case No.: 2:18-139-JDL |
| v. | |
| MICHAEL A. LIBERTY; BRITTANY LIBERTY; PAUL HESS; RICHARD LIBERTY; GEORGE J. MARCUS; MOZIDO INVESCO, LLC; FAMILY MOBILE, LLC; BRTMDO, LLC BRENTWOOD FINANCIAL, LLC; and TL HOLDINGS GROUP, LLC | |
| Defendants, | |
| and | |
| XANADU PARTNERS, LLC | |
| Relief Defendant | |

## LIBERTY DEFENDANTS' SIXTH STATUS REPORT

**COME NOW,** Defendants Michael A. Liberty, Mozido Invesco, LLC, Family Mobile, LLC, BRTMDO, LLC, Brentwood Financial, LLC, and TL Holdings Group, LLC (the "Liberty Defendants"), by and through their undersigned attorneys, and pursuant to the Court's August 8, 2019 *Order on Defendants' Fourth Motion to Stay Civil Proceedings* (ECF No. 73), hereby provide the following final Status Report on the progress of the criminal case against Messrs. Liberty and Hess.

On February 2, 2021, Judge Singal convened a conference of counsel in Messrs. Liberty and Hess's criminal case. Based on Mr. Liberty's acceptance of the Presidential Pardon granted

to him on January 19, 2021, *see Executive Grant of Clemency*, Docket No. 2:19-cr-00030-GZS, ECF Nos. 174 & 174-1, the Court determined that the Presidential Pardon resolved the criminal case against Mr. Liberty. *See Minute Entry*, Docket No. 2:19-cr-00030-GZS, ECF No. 176. The Court further ordered the Government to file a status report concerning Mr. Hess by March 5, 2021. *See id.* The Liberty Defendants understand that counsel for Mr. Hess will provide the Court with a status report unique to Mr. Hess following this filing.

Dated at Portland, Maine this 2nd day of February, 2021.

/s/ Thimi R. Mina
Thimi R. Mina

/s/ Jay P. McCloskey
Jay P. McCloskey

/s/ Alfred C. Frawley IV
Alfred C. Frawley IV

McCloskey, Mina, Cunniff & Frawley, LLC
12 City Center
Portland, Maine 04101
(207) 772-6805
(207) 879-9375
tmina@lawmmc.com
jmccloskey@lawmmc.com
afrawley@lawmmc.com

PRO HAC VICE:

/s/ Jay A. Dubow
Jay A. Dubow

/s/ Richard J. Zack
Richard J. Zack

/s/ Abigail A. Hazlett
Abigail A. Hazlett

/s/ Craig G. Steen
Craig G. Steen

-3-

Pepper Hamilton LLP
18th and Arch Streets, Two Logan Square
Philadelphia, Pennsylvania 19103
(215) 981-4000
(215) 981-4750
dubowj@pepperlaw.com
zackr@pepperlaw.com
hazletta@pepperlaw.com
steenc@pepperlaw.com

*Attorneys for Defendants Michael A. Liberty, Mozido Invesco, LLC, Family Mobile, LLC, BRTMDO, LLC, Brentwood Financial, LLC and TL Holdings Group, LLC*

## CERTIFICATE OF SERVICE

I, Alfred C. Frawley IV, hereby certify that on this February 2, 2021, I caused the foregoing **LIBERTY DEFENDANTS' SIXTH STATUS REPORT** to be filed with the Court's CM/ECF system, which will send notification of this filing to all counsel of record.

Dated at Portland, Maine this 2nd day of January, 2021.


/s/   Alfred C. Frawley IV
      Alfred C. Frawley IV

      McCloskey, Mina, Cunniff & Frawley, LLC
      12 City Center
      Portland, Maine 04101
      (207) 772-6805
      (207) 879-9375
      afrawley@lawmmc.com

      *Attorneys for Defendants Michael A. Liberty, Mozido Invesco, LLC, Family Mobile, LLC, BRTMDO, LLC, Brentwood Financial, LLC and TL Holdings Group, LLC*