UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:18-cv-00139-JDL |
| | ) | |
| MICHAEL A. LIBERTY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PROCEDURAL ORDER**

In August 2019, the Court ordered this case stayed until the conclusion of parallel criminal proceedings against two of the Defendants here—Michael A. Liberty and Paul Hess—due to the substantial overlap between the subject matter of the two proceedings. *See* Order on Defendants' Fourth Motion to Stay Civil Proceedings, ECF No. 73. On February 2, 2021, after Liberty received a Presidential Pardon, the criminal matter was resolved as to him. *See United States v. Liberty, et al.*, No. 2:19-cr-00030-GZS, ECF No. 176 (D. Me. Feb. 2, 2021). On April 5, 2021, Hess filed a status report indicating that, in the criminal case, the Government represented that by April 12, 2021, it will file a motion to dismiss the indictment against Hess. *See* Defendant Paul Hess' Second Status Report, ECF No. 124; *see also Liberty*, No. 2:19-cr-00030-GZS, ECF No. 181 (Apr. 5, 2021).

Because the criminal case will soon be fully resolved, the reasons for the stay are no longer extant. It is therefore **ORDERED** that the stay previously entered in this case (ECF No. 73) is lifted, subject to the dismissal of the indictment against

Hess.   The matter is referred to Magistrate Judge John C. Nivison for a case management and scheduling conference.

**SO ORDERED.**

**Dated this 7th day of April, 2021.**

                                        _____/s/ JON D. LEVY_____
                                        **CHIEF U.S. DISTRICT JUDGE**

2