UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | )   2:18-cv-00139-JDL ) |
| MICHAEL A. LIBERTY et al., | ) ) |
| Defendants. | ) |

**ORDER DENYING DEFENDANTS MICHAEL A. LIBERTY, MOZIDO INVESCO, LLC, FAMILY MOBILE, LLC, BRTMDO, LLC, BRENTWOOD FINANCIAL, LLC, AND TL HOLDINGS GROUP, LLC'S OBJECTION TO MAGISTRATE JUDGE ORDER**

United States Magistrate Judge John C. Nivison issued an Order on Motion to Release Documents (ECF No. 215) granting in part the Motion to Release Documents (ECF No. 197) filed by the Filter Team established in this case.  *See* ECF No. 173 (establishing Filter Team).   On June 5, 2023, Defendants Michael A. Liberty, Mozido Invesco, LLC, Family Mobile, LLC, BRTMDO, LLC, Brentwood Financial, LLC, and TL Holdings Group, LLC (collectively, the "Liberty Defendants"), filed an Objection (ECF No. 219), to the Order.  On June 20, 2023, the Filter Team filed its response (ECF No. 229-1) to the Liberty Defendants' Objection.  The Liberty Defendants did not file a reply.

Upon timely objection to a Magistrate Judge's order on a non-dispositive motion, this Court must "set aside any part of the order that is clearly erroneous or is contrary to law." Fed. R. Civ. P 72(a); *see also PowerShare, Inc. v. Syntel, Inc.*, 597

F.3d 10, 14 (1st Cir. 2010) ("When a magistrate judge decides a non-dispositive motion, the district judge may, given a timely appeal, set aside the order if it is 'clearly erroneous or contrary to law.'" (citing Fed. R. Civ. P. 72(a))).  Having reviewed the record, and having carefully evaluated Judge Nivison's factual determinations and legal conclusions, I find no clear error or legal conclusions contrary to law.

Accordingly, it is **ORDERED** that the Magistrate Judge's Order (ECF No. 215) is **AFFIRMED** and the Liberty Defendants' Objection (ECF No. 219) is **DENIED**.

**SO ORDERED.**

**Dated this 30th day of August, 2023.**

                                                /s/ Jon D. Levy
                                           **CHIEF U.S. DISTRICT JUDGE**